CO-386
10/2018

# United States District Court
# For the District of Columbia

**Legal Eagle, LLC**                               )
                                                   )
                                                   )
                                                   )
                                                   )
                           Plaintiff               )     Civil Action No. __1:20-cv-01732__
                vs                                 )
                                                   )
National Security Council Records Access and       )
Information Security Management Directorate        )
                                                   )
                                                   )
                           Defendant               )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Legal Eagle, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Legal Eagle, LLC__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____[signature]_____
Signature

__984704_____              __Kelly McClanahan_____
BAR IDENTIFICATION NO.                   Print Name

                                         __4702 Levada Terrace_____
                                         Address

                                         Rockville        MD        20853
                                         City             State     Zip Code

                                         __301-728-5908_____
                                         Phone Number