# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:20-cv-01732 (RC) |

## UNOPPOSED MOTION TO STAY ANSWER DEADLINE

Defendants respectfully move this Court for a stay of the Answer deadline, currently set for August 5, 2020, pending the resolution of Defendants' Partial Motion to Dismiss, ECF No. 3, filed on August 3, 2020.

Rule 12(a)(4) of the Federal Rules of Civil Procedure alters the standard period for responding to a Complaint when the responding party files a motion under Rule 12, and provides that the responsive pleading must be served within 14 days of the Court's action on the motion. Fed. R. Civ. P. 12(a)(4). Although the Rules do not specifically address the applicability of Rule 12(a)(4) to a partial motion to dismiss, this Court has noted that it "adopts the majority view" for such partial motions and suspends the time to provide a responsive pleading until 14 days after the court takes action on the partial motion to dismiss. *Betz v. First Credit Svcs.*, 139 F. Supp. 3d 451, 456 (D.D.C. 2015) (Contreras, J.); *see also Johnson v. Pope*, 2013 WL 6500752 (E.D. N.C. 2013) (Rule 12(a)(4) applies to all claims when partial motion to dismiss filed, not just claims for which motion seeks dismissal); *Sun v. Rickenbacker Collections*, 2012 WL 2838782, *2 (N.D. Cal. 2012) (same); *Dotson v. DISH Network*, L.L.C., 2019 WL 3483806 (S.D. Ga.

2019) (same); *Norton v. General Motors*, LLC, 2019 WL 3308393 (D.S.C. 2019) (same).  In light of this precedent, the Court should stay the obligation of the remaining defendants to respond to the Complaint until 14 days after disposition of Defendants' Partial Motion to Dismiss.

Even were the Court not inclined to follow prior precedent, the Court should still grant the requested relief.  Defendants' counsel's current workload, in conjunction with the difficulty of reaching the appropriate agency personnel during the ongoing pandemic, necessitates additional time in which to respond to the allegations of the Complaint.   This motion does not affect the timing of Defendants' processing of Plaintiff's FOIA requests, which remain ongoing.  Defendants have conferred with Plaintiff, who has informed Defendants that it does not object to this motion.

| | |
|---|---|
| DATED: August 3, 2020 | Respectfully submitted, |
| | ETHAN P. DAVIS<br>Acting Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| | */s/ Christopher R. Healy* |
| | CHRISTOPHER R. HEALY<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs<br>Branch 1100 L St, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 514-8095<br>Facsimile: (202) 616-8470<br>E-mail: Christopher.Healy@usdoj.gov |
| | *Counsel for Defendant*s |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Christopher R. Healy*

Christopher R. Healy
Trial Attorney, U.S. Department of Justice

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>          Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*,**<br><br>          Defendants. | Civil Action No. 1:20-cv-01732 (RC)<br><br>**[PROPOSED] ORDER** |

      The Court, having reviewed Defendants' Unopposed Motion to Stay the Answer Deadline, and for good cause shown, hereby GRANTS the motion. The period for responding to Plaintiffs' Amended Complaint is hereby STAYED until 14 days after the Court's disposition of Defendants' Partial Motion to Dismiss.

Date: _____                                       _____

                                                                               U.S. District Court Judge