# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE

ROCKVILLE, MD 20853

—

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Ellen Knight
Senior Director
Access Management Directorate
National Security Council
Washington, DC  20504

Re:      Expedited FOIA Request – *The Room Where It Happened* (Part I)

Dear Ms. Knight:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of **all information from the first manuscript of the forthcoming book *The Room Where It Happened* ("the manuscript") submitted to your office by former National Security Advisor John Bolton ("Bolton") that the Government has prohibited—or is attempting to prohibit—Bolton from publishing.**

*Please note the specific language of this request.* Information that the Government is allowing Bolton to publish is to be treated as non-responsive to this request. This request is *just* for the information the Government is prohibiting—or attempting to prohibit—Bolton from publishing. The practical effect of this language is that the non-responsive information must be clearly identified in a distinguishable way from any information you might consider subject to a FOIA exemption. For instance, if a page of the manuscript contains both non-responsive information and responsive information for which you are claiming an exemption, it must be obvious which redactions pertain to non-responsive information and which redactions pertain to information being withheld pursuant to a FOIA exemption; you may not simply redact the page in full and state that it contains both non-responsive and exempt information. This is because the *amount* of responsive information—i.e., the amount of information the Government is not allowing Bolton to publish—possesses independent informational value.

Similarly, we are only interested in the first manuscript submitted to your office; we have no interest in later versions which show the back and forth of the prepublication review process. In layman's terms, this means that if you initially informed Bolton that he is not allowed to publish certain information, that information is responsive to this request by virtue of the fact that you informed him that he could not publish it.

Ex. A

For purely illustrative purposes, I have provided some possible scenarios and how they should be handled, and why.

1.  Bolton submits his first manuscript to you on 1 December. You send a redacted copy back to him on 1 January. In this scenario, the redacted parts would be responsive to this request, and the unredacted parts would be non-responsive. You have attempted to prohibit Bolton from publishing the information by telling him he may not publish them.

2.  Bolton submits his first manuscript to you on 1 December. You make an internal determination that the 4th line on page 10 must be redacted. You inform Bolton on 1 January that he "must remove the 4th line on page 10." In this scenario, the 4th line on page 10 would be responsive to this request. You have attempted to prohibit Bolton from publishing the information by telling him he may not publish it.

3.  Bolton submits his first manuscript to you on 1 December. You make an internal determination that the 4th line on page 10 must be redacted. As of the date you process this request, you have not yet informed Bolton that he must remove the 4th line on page 10. In this scenario, the 4th line on page 10 would be responsive to this request. You have attempted to prohibit Bolton from publishing the information by deciding that he may not publish it, regardless of whether you have told him so.

4.  Bolton submits his first manuscript to you on 1 December. You make an internal determination that the 4th line on page 10 must be redacted. As of the date you process this request, you have not yet completed your review of the entire manuscript. In this scenario, the 4th line on page 10 would be responsive to this request. You have attempted to prohibit Bolton from publishing the information by deciding that he may not publish it, regardless of whether you have completed reviewing the other information in the manuscript.

5.  Bolton submits his first manuscript to you on 1 December. You make an internal determination that the 4th line on page 10 may need to be redacted pending further review and that the 6th line on page 12 must be redacted. You do not inform Bolton of the potential redaction on page 10. As of the date you process this request, you have not yet completed your review of page 10. In this scenario, the 6th line on page 12 would be responsive to this request, while the 4th line on page 10 would be non-responsive. You have attempted to prohibit Bolton from publishing the information on page 12 by deciding that he may not publish it, but you have not attempted to prohibit him from publishing the information on page 10 because you have not made a decision yet.

6.  Bolton submits his first manuscript to you on 1 December. You make an internal determination that the 4th line on page 10 may need to be redacted pending further review and that the 6th line on page 12 must be redacted. You inform

Bolton that he must remove the 4th line on page 10 and the 6th line on page 12. As of the date you process this request, you have not yet completed your review of page 10. In this scenario, the both the 4th line on page 10 and the 6th line on page 12 would be responsive to this request. You have attempted to prohibit Bolton from publishing the information on both pages by telling him he may not publish it.

7.      Bolton submits his first manuscript to you on 1 December. You make an internal determination on 1 January that the 4th line on page 10 and the 6th line on page 12 may need to be redacted pending further review but that the remainder of the manuscript presents no issues. You inform Bolton on 1 February that you are still reviewing the manuscript, that you have identified some unspecified potential issues, and that he may not publish the manuscript without receiving clearance from your office. You have not completed your review of pages 10 and 12 as of the date you process this request. In this scenario, both the 4th line on page 10 and the 6th line on page 12 would be responsive to this request, while the remainder of the manuscript would be non-responsive. You have attempted to prohibit Bolton from publishing the information on both pages by telling him he may not publish it yet, but you have not attempted to prohibit Bolton from publishing the remainder of the manuscript because you would not redact it in the final version you send to him.[1]

8.      Bolton submits his first manuscript to you on 1 December. You make an internal determination on 1 January that the 4th line on page 10 and the 6th line on page 12 may need to be redacted pending further review but that the remainder of the manuscript presents no issues. You inform Bolton on 1 February that you are still reviewing the manuscript, that you have identified some unspecified potential issues, and that he may not publish the manuscript without receiving clearance from your office. You make an internal determination on 15 February that the information on page 10 does not need to be redacted. You have not completed your review of page 12 as of the date you process this request. In this scenario, the 6th line on page 12 would be responsive to this request, while the remainder of the manuscript—including the 4th line on page 10—would be non-responsive. You have attempted to prohibit Bolton from publishing the information on page 12 by telling him he may not publish it yet, but you have not attempted to prohibit Bolton from publishing the remainder of the manuscript because you would not redact it in the final version you send to him.

9.      Bolton submits his first manuscript to you on 1 December. You refer a copy to the Central Intelligence Agency ("CIA") on 15 December. CIA informs you on 1

---

[1] This scenario and the next admittedly do not perfectly mesh with the others. We include them simply to prevent you from wasting time processing the entire book—including the parts you have no intent to prohibit him from publishing—simply because you sent his lawyer a letter stating that Bolton could not publish anything before the review was complete. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring, regardless of whether or not Bolton has been given final clearance to publish the book as of the date you process this request.

January that the 4th line on page 10 must be redacted. You make a determination not to overrule CIA on this point. In this scenario, the 4th line on page 10 would be responsive to this request. The Government has attempted to prohibit Bolton from publishing the information by CIA deciding that he may not publish it and you deciding not to overrule CIA's decision.

10.    Bolton submits his first manuscript to you on 1 December. You refer a copy to CIA on 15 December. CIA informs you on 1 January that the 4th line on page 10 must be redacted. You make a determination to overrule CIA on this point and allow Bolton to publish the 4th line on page 10. In this scenario, the 4th line on page 10 would be non-responsive to this request. The Government has not attempted to prohibit Bolton from publishing the information because you decided to overrule CIA's decision, even if CIA attempted to redact the information.

11.    Any of the above scenarios where the decision or determination in question is made by another Government agency and you will not overrule that decision or determination.

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

      In anticipation of your potential argument that your office is not subject to FOIA, we are familiar with the relevant case law on the matter, and we do not dispute that the National Security Council *as a whole* is not an agency for the purposes of FOIA because it lacks independent decisionmaking authority. However, the Access Management Directorate *does* possess independent decisionmaking authority and does *not* exist solely to advise the President, and as such, your office *is* an agency for the purposes of FOIA, more like the Office of Management and Budget and the Council on Environmental Quality than like the rest of the National Security Council.

      Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE

ROCKVILLE, MD 20853

———

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
     EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
     EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Ellen Knight
Senior Director
Access Management Directorate
National Security Council
Washington, DC  20504

Re:     Expedited FOIA Request – *The Room Where It Happened* (Part II)

Dear Ms. Knight:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of:

a)     **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

b)     **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

c)     **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's");**

d)     **all records created since 1 November 2019 including the name "Cooper" or any variations thereof (e.g., "Cooper's");**

e)     **all correspondence created since 1 October 2019 between your office and Bolton or any person representing him.; and**

f)     **all correspondence created since 1 October 2019 between your office and any employee of Simon & Schuster.**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues— all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

In anticipation of your potential argument that your office is not subject to FOIA, we are familiar with the relevant case law on the matter, and we do not dispute that the National Security Council *as a whole* is not an agency for the purposes of FOIA because it lacks independent decisionmaking authority. However, the Access Management Directorate *does* possess independent decisionmaking authority and does *not* exist solely to advise the President, and as such, your office *is* an agency for the purposes of FOIA, more like the Office of Management and Budget and the Council on Environmental Quality than like the rest of the National Security Council.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

7

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
—
TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Mark Lilly
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505

Re:    Expedited FOIA Request – *The Room Where It Happened*

Dear Mr. Lilly:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of the following Publications Review Board or Office of General Counsel records:

a)    **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

b)    **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

c)    **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**

d)    **all portions of Bolton's manuscript which were provided to the Central Intelligence Agency for prepublication review.[1]**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or

---

[1] If a final decision has been made regarding prepublication review of Bolton's book as of the time you complete your processing of this request, you may treat any portions of the manuscript which were authorized for publication as non-responsive to this request. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring.

activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# National Security Counselors

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
——

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

26 May 2020

Mark Lilly
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505

Re:     Expedited FOIA Request – *The Room Where It Happened* (Part II)

Dear Mr. Lilly:

On 18 February 2020, I submitted a Freedom of Information Act ("FOIA") request—assigned Req. No. F-2020-00938—on behalf of my client Legal Eagle LLC ("Legal Eagle") for various records pertaining to former National Security Advisor John Bolton and his forthcoming book *The Room Where It Happened*. This is a FOIA request for all records responsive to that request created since the cutoff date of that request. You may exclude any information you are processing as part of that request.

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be

10

synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE

ROCKVILLE, MD 20853

—

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

OSD/JS FOIA Requester Service Center
Freedom of Information Division
1155 Defense Pentagon
Washington, DC  20301-1155

Re:    Expedited FOIA Request – *The Room Where It Happened*

To Whom It May Concern:

     This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of the following Defense Office of Prepublication and Security Review ("DOPSR")[1] or Office of General Counsel records:

    **a)**     **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

    **b)**     **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

    **c)**     **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**

    **d)**     **all portions of Bolton's manuscript which were provided to the Defense Department for prepublication review.[2]**

     My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70

---

[1] If DOPSR is not the appropriate component to conduct prepublication review on materials referred to the Defense Department from another agency, please search the relevant component.

[2] If a final decision has been made regarding prepublication review of Bolton's book as of the time you complete your processing of this request, you may treat any portions of the manuscript which were authorized for publication as non-responsive to this request. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring.

million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues— all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD  20853
——

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
   EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
   EMAIL: BRAD@NATIONALSECURITYLAW.ORG

26 May 2020

OSD/JS FOIA Requester Service Center
Freedom of Information Division
1155 Defense Pentagon
Washington, DC  20301-1155

Re:   Expedited FOIA Request – *The Room Where It Happened* (Part II)

To Whom It May Concern:

On 18 February 2020, I submitted a Freedom of Information Act ("FOIA") request—assigned Req. No. 20-F-0721—on behalf of my client Legal Eagle LLC ("Legal Eagle") for various records pertaining to former National Security Advisor John Bolton and his forthcoming book *The Room Where It Happened*. This is a FOIA request for all records responsive to that request created since the cutoff date of that request. You may exclude any information you are processing as part of that request.

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be

14

synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
——

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Arnetta Mallory
National Security Division
Department of Justice
950 Pennsylvania Avenue, NW
Room 6150
Washington, DC  20530-0001

Re:     Expedited FOIA Request – *The Room Where It Happened*

Dear Ms. Mallory:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of the following records:

   a)   **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

   b)   **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

   c)   **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**

   d)   **all portions of Bolton's manuscript which were provided to the Justice Department for prepublication review.[1]**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to

---

[1] If a final decision has been made regarding prepublication review of Bolton's book as of the time you complete your processing of this request, you may treat any portions of the manuscript which were authorized for publication as non-responsive to this request. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring.

public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues— all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
—

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Melissa Golden
Office of Legal Counsel
Department of Justice
950 Pennsylvania Avenue, NW
Room 5511
Washington, DC  20530-0001

Re:    Expedited FOIA Request – *The Room Where It Happened*

Dear Ms. Golden:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of the following records:

a)    **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

b)    **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

c)    **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**

d)    **all portions of Bolton's manuscript which were provided to the Justice Department for prepublication review.[1]**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to

---

[1] If a final decision has been made regarding prepublication review of Bolton's book as of the time you complete your processing of this request, you may treat any portions of the manuscript which were authorized for publication as non-responsive to this request. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring.

public understanding about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
―――

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

26 May 2020

Melissa Golden
Office of Legal Counsel
Department of Justice
950 Pennsylvania Avenue, NW
Room 5511
Washington, DC  20530-0001

Re:     Expedited FOIA Request – *The Room Where It Happened* (Part II)

Dear Ms. Golden:

On 18 February 2020, I submitted a Freedom of Information Act ("FOIA") request—assigned Req. No. FY20-051—on behalf of my client Legal Eagle LLC ("Legal Eagle") for various records pertaining to former National Security Advisor John Bolton and his forthcoming book *The Room Where It Happened*. This is a FOIA request for all records responsive to that request created since the cutoff date of that request. You may exclude any information you are processing as part of that request.

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—

20

all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD  20853
—
TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
SA-2, Suite 8100
Washington, DC  20522-02085

Re:    Expedited FOIA Request – *The Room Where It Happened*

To Whom It May Concern:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of the following Office of Information Programs and Services ("IPS")[1] or Office of the Legal Adviser records:

a)    **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

b)    **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

c)    **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**

d)    **all portions of Bolton's manuscript which were provided to the State Department for prepublication review.[2]**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70

---

[1] If IPS is not the appropriate component to conduct prepublication review on materials referred to the State Department from another agency, please search the relevant component.

[2] If a final decision has been made regarding prepublication review of Bolton's book as of the time you complete your processing of this request, you may treat any portions of the manuscript which were authorized for publication as non-responsive to this request. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring.

million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
——

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

26 May 2020

Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
SA-2, Suite 8100
Washington, DC  20522-02085

Re:     Expedited FOIA Request – *The Room Where It Happened* (Part II)

To Whom It May Concern:

On 18 February 2020, I submitted a Freedom of Information Act ("FOIA") request—assigned Req. No. F-2020-03753—on behalf of my client Legal Eagle LLC ("Legal Eagle") for various records pertaining to former National Security Advisor John Bolton and his forthcoming book *The Room Where It Happened*. This is a FOIA request for all records responsive to that request created since the cutoff date of that request. You may exclude any information you are processing as part of that request.

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's

24

recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE

ROCKVILLE, MD 20853

———

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
      EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
      EMAIL: BRAD@NATIONALSECURITYLAW.ORG

21 February 2020

Patricia Gaviria
Director, Information Management Division
Office of the Director of National Intelligence
Washington, DC  20511

Re:      Expedited FOIA Request – *The Room Where It Happened*

Dear Ms. Gaviria:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of the following Information Management Division or Office of General Counsel records:

a) **all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**

b) **all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened*;**

c) **all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**

d) **all portions of Bolton's manuscript which were provided to the Office of the Director of National Intelligence for prepublication review.[1]**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or

---

[1] If a final decision has been made regarding prepublication review of Bolton's book as of the time you complete your processing of this request, you may treat any portions of the manuscript which were authorized for publication as non-responsive to this request. The purpose of this request is to learn which parts of the manuscript the Government wants to censor, not to get a free copy of the book. As such, we have no interest in parts that the Government has no interest in censoring.

activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. Bolton's entire manuscript concerns the operations or activities of the Government. Moreover, the requested information will shed significant light on the prepublication review process used in this case—itself a Government activity. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding this manuscript and the Government's efforts to prohibit Bolton from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD  20853
—

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Ellen Knight
Senior Director
Access Management Directorate
National Security Council
Washington, DC  20504

Re:  Expedited FOIA Request – Prepublication Review Rules

Dear Ms. Knight:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of **all current regulations, policy statements, guidelines, memoranda, training materials, handbooks, manuals, checklists, worksheets, instructions, and similar documents which provide direction for officials performing prepublication review of documents submitted to your office.** You may exclude obsolete or superseded records.

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. The requested information will shed significant light on the prepublication review process used in this case. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request in light of the highly publicized prepublication review of former National Security Advisor John Bolton's ("Bolton") forthcoming book *The Room Where It Happened*. This built in audience,

coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding Bolton's book and the Government's efforts to prohibit him from providing the requested information—either in his book or in Congressional testimony—this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information to inform the public about Government activity involving topics of breaking news. While these guidance documents may not be directly *about* Bolton or his book, they are the rules that your office will be following when conducting this review, and therefore they are directly related to the topic of widespread media interest.

In anticipation of your potential argument that your office is not subject to FOIA, we are familiar with the relevant case law on the matter, and we do not dispute that the National Security Council *as a whole* is not an agency for the purposes of FOIA because it lacks independent decisionmaking authority. However, the Access Management Directorate *does* possess independent decisionmaking authority and does *not* exist solely to advise the President, and as such, your office *is* an agency for the purposes of FOIA, more like the Office of Management and Budget and the Council on Environmental Quality than like the rest of the National Security Council.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
——

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

FOIA Coordinator
George W. Bush Presidential Library and Museum
2943 SMU Boulevard
Dallas, TX  75205

Re:    Expedited FOIA Request – NSC Prepublication Review Rules

To Whom It May Concern:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of **all regulations, policy statements, guidelines, memoranda, training materials, handbooks, manuals, checklists, worksheets, instructions, and similar documents which provided direction for officials who performed prepublication review of documents submitted to the National Security Council ("NSC").** These records would be located in the Access Management Directorate of the current NSC, but we do not know if that was the name of the office which conducted prepublication reviews during the George W. Bush administration.

Because of the issues surrounding the Government's efforts to censor all or part of former National Security Advisor John Bolton's book *The Room Where It Happened*, this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information[1] to inform the public about Government activity involving topics of breaking news. While these guidance documents will obviously not be about this book—and may not even be current—they are still directly related to the topic of widespread media interest, since very little is known about the prepublication review process used by the NSC, and the rules used by the George W. Bush administration are the most recent such documents readily accessible by the public.

Please process the responsive records but do not send us copies. Once you have completed your processing, please notify me so that we can make arrangements for someone to review them at an appropriate National Archives facility.

---

[1] Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views.

Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
―――
TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
EMAIL: BRAD@NATIONALSECURITYLAW.ORG

18 February 2020

Melissa Golden
Office of Legal Counsel
Department of Justice
950 Pennsylvania Avenue, NW
Room 5511
Washington, DC  20530-0001

Re:     Expedited FOIA Request – Prepublication Review Opinions

Dear Ms. Golden:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of **all Office of Legal Counsel opinions discussing prepublication review.**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding  about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. The requested information will shed significant light on the prepublication review process, which is currently a hot media topic given the Government's attempts to censor former National Security Advisor John Bolton's ("Bolton") book *The Room Where It Happened*. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested

information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding the Government's efforts to censor all or part of Bolton's book, this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information[1] to inform the public about Government activity involving topics of breaking news. While most or all of these opinions are unlikely to be about this book, they are still directly related to the topic of widespread media interest, since the Government is likely to be considering them when reviewing Bolton's book.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

---

[1] Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views.

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE

ROCKVILLE, MD 20853

⸺

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

26 May 2020

Melissa Golden
Office of Legal Counsel
Department of Justice
950 Pennsylvania Avenue, NW
Room 5511
Washington, DC  20530-0001

Re:     Expedited FOIA Request – Prepublication Review Opinions (Part II)

Dear Ms. Golden:

This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, for copies of **all Office of Legal Counsel opinions discussing prepublication review which were not responsive to our previous Req. No. FY20-052.**

My client has no commercial interest in this information. Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views. Accordingly, Legal Eagle qualifies as a representative of the news media. Furthermore, Legal Eagle intend to use this information to significantly contribute to public understanding about a topic of significant public interest involving the operations or activities of the Government. For this reason we request a public interest fee waiver for this request, and we do not agree to pay any fees.

The subject of this request clearly concerns the operations or activities of the Government. The requested information will shed significant light on the prepublication review process, which is currently a hot media topic given the Government's attempts to censor former National Security Advisor John Bolton's ("Bolton") book *The Room Where It Happened*. The requested material is likely to significantly contribute to public understanding of the Government operations or activities in question. One of the most popular LegalEagle segments is the "Real Law Review" series, in which the host explains the legal issues behind major stories in the news. In recent months, this has included discussions about executive power, privileges, impeachment, and related issues—all of which are relevant to this request. This built in audience, coupled with Legal Eagle's recognized expertise in this type of analysis, ensures that the requested

information will be synthesized, packaged, and explained in terms which will significantly improve the understanding of these issues by a large segment of the general public.

Similarly, because of the issues surrounding the Government's efforts to censor all or part of Bolton's book, this request satisfies the compelling need standard for expedited processing, since it is made by a person primarily engaged in disseminating information[1] to inform the public about Government activity involving topics of breaking news. While most or all of these opinions are unlikely to be about this book, they are still directly related to the topic of widespread media interest, since the Government is likely to be considering them when reviewing Bolton's book.

Please release all responsive records in electronic format. Thank you for your prompt attention to this request. Your cooperation in this matter would be appreciated. If you wish to discuss this request, please do not hesitate to contact me.

Sincerely,

Kel McClanahan

---

[1] Legal Eagle runs the LegalEagle YouTube channel (https://www.youtube.com/legaleagle), which is the most popular YouTube channel focused on legal issues—as well as one of the fastest growing educational channels, in the world—with more than 834,000 subscribers, 5 million monthly views, and 70 million total video views.