

Central Intelligence Agency

Washington, D.C. 20505

24 February 2020

Kel McClanahan, Esq.
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-00938

Dear Mr. McClanahan:

On 19 February 2020 the office of the Information and Privacy Coordinator received your 18 February 2020 correspondence, on behalf of your client Legal Eagle LLC, requesting records under the Freedom of Information Act. This letter is to advise you that we received your request for **records on the following:**

1. **Publications Review Board or Office of General Counsel records:**
   a. **All records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton")**
   b. **All records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where it Happened;***
   c. **All records created since 1 November 2019 including the name Bolton or any variations thereof (e.g. "Bolton's"); and**
   d. **All portions of Bolton's manuscript which were provided to the Central Intelligence Agency for prepublication review.**

Your request was assigned the reference number above. Please use this number when corresponding so that we can identify it easily.

You have requested expedited processing. Generally, we handle all requests in the order we receive them; that is "first-in, first out." We make exceptions to this rule when a requester establishes a compelling need in accordance with our regulations. We reviewed your request and determined that it does not meet the criteria for expedited processing. Specifically, the request does not involve an imminent threat to the life or physical safety of an individual. In addition, notwithstanding whether your client "primarily engaged in disseminating information," the request is not for information "relevant to a subject of public urgency concerning an actual or alleged or Federal activity." Therefore, we have determined that you have not established a "compelling need" for the information as set forth in 32 CFR § 1900.34. Your request for expedited processing is hereby denied. You may appeal this decision, in my care, within 90 days from the date of this letter. Should you choose to appeal the denial of your request for expedited processing, you are encouraged to provide an explanation supporting your appeal.

Our officers will review and process your request in more detail and will only communicate to you if they should encounter any problems or if they cannot begin the search without additional information or clarification. Unless you object, we will search for CIA-originated records up to and including the date the Agency starts its search.

Sincerely,

*[signature]*

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

29 May 2020

Kel McClanahan, Esq.
Executive Director, National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01467

Dear Mr. McClanahan:

On 26 May 2020, the Office of the Information and Privacy Coordinator received your correspondence requesting records under the Freedom of Information Act (FOIA). This is a quick acknowledgement to advise you that we received your request, submitted on behalf of your client Legal Eagle LLC, for "**all records responsive to that request** (i.e., F-2020-00938) **created since the cutoff date of that request.**" You further indicate that we may exclude any information that we are processing as part of that request. Your request has been assigned the reference number above. Please use this number when corresponding so that we can identify it easily.

We note that you have requested expedited processing. Generally, we handle all requests in the order we receive them; that is "first-in, first out." We make exceptions to this rule when a requester establishes a compelling need in accordance with our regulations. We have reviewed your request and determined that it does not meet the criteria for expedited processing. Specifically, the request does not involve an imminent threat to the life or physical safety of an individual, nor is the information "relevant to a subject of public urgency concerning an actual or alleged or Federal activity." Therefore, we have determined that you have not established a "compelling need" for the information as set forth in 32 CFR § 1900.34. Your request for expedited processing is hereby denied. You may appeal this decision, in my care, within 90 days from the date of this letter. Should you choose to appeal the denial of your request for expedited processing, you are encouraged to provide an explanation supporting your appeal.

Our officers will review and process your request in more detail and will only communicate with you if they should encounter any problems or if they cannot begin the search without additional information or clarification. Unless you object, we will search for CIA-originated records up to and including the date the Agency starts its search. To check the status of your FOIA request, please access https://www.cia.gov/library/readingroom/request/status on the Agency's website and enter the above reference number.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

3



**DEPARTMENT OF DEFENSE**
**FREEDOM OF INFORMATION DIVISION**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

FEB 2 0 2020

Ref: 20-F-0721

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Dear Mr. McClanahan:

    This is an interim response to your February 18, 2020 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on February 19, 2020, and assigned it case number 20-F-0721. We ask that you use this number when referring to your request.

    Although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances which impact our ability to quickly process your request. The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records. At least one, if not more of these scenarios applies or would likely apply to your request. While this office handles FOIA requests for the Office of the Secretary of Defense (OSD), the Joint Staff (JS) and other component offices, we do not actually hold their records and our office is not geographically located with these organizations. As we do not hold the records, until the required records searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination.

    Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received. Our current administrative workload is approximately 3,204 open requests.

    In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests.

    The OSD/JS FOIA Public Liaison, Melissa S. Walker, is available at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil to answer any concerns about the foregoing.

    Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740
E-mail: ogis@nara.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

     We regret the delay in responding to your request and appreciate your patience. If you have any questions or concerns about the foregoing or about the processing of your request, please do not hesitate to contact Mr. Xavier Salame at xavier.p.salame.ctr@mail.mil or 571-372-0419.

                               Sincerely,

                         /s/ Tyra Howard
                         Stephanie L. Carr
                         Chief

Enclosure:
As stated

**Subject:** RE: [Non-DoD Source] Re: 20-F-0721: Freedom of Information Act Request
**From:** "Salame, Xavier P CTR (USA)" <xavier.p.salame.ctr@mail.mil>
**Date:** Fri, 21 Feb 2020 12:41:05 +0000
**To:** "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>
**CC:** "Fisher, Stephen L CIV WHS ESD (US)" <stephen.l.fisher.civ@mail.mil>

Dear Mr. McClanahan,

        Our office's determination is to not grant expedited processing for your request. As a general rule, a request would be expedited if it is shown that substantial due process rights of the requester would be impaired by the failure to process immediately and that the information sought is not otherwise available.  It is not sufficient for a requester merely to allege that requested records are "needed" or "easily found" rather, the immediate use of the FOIA must be shown to be critical to the preservation of a substantial right.

We do not forget the interests of all requesters in having their requests treated equitably, as well as the public interest in the integrity of FOIA processing. However, a decision to take a FOIA request out of turn necessarily entails further delay for other requesters waiting patiently in line, simple fairness demands that expedited processing decisions be made only upon careful scrutiny of truly exceptional circumstances.

Under certain conditions you may be entitled to have your request processed on an expedited basis.  There are two specific situations where a request will be expedited, which means that it is handled  as soon as practicable. These two situations apply to every agency. First, a request will be expedited if the lack of expedited treatment could reasonably be expected to pose a threat to someone's life or physical safety. Second, if an individual will suffer the loss of substantial due process rights, his or her request will be expedited. However, an agency can allow expedited processing for other situations, depending on the regulations of that agency. The websites for each agency can provide more information on specific rules and regulations regarding expedited processing.

Please know that we will act on your request as soon as we can, and respond directly to you.  We appreciate your patience and understanding in this matter.

Respectfully,

Xavier Salame
FOIA analyst
For Stephen Fisher, on behalf of
Stephanie L. Carr
Chief, Office of Freedom of Information OSD/JS FOIA Requester Service
 Center

(571) 372-0419
xavier.p.salame.ctr@mail.mil
Let us know how we are doing:
 Caution-https://ice.disa.mil/index.cfm?fa=card&sp=125562

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Thursday, February 20, 2020 3:40 PM
**To:** Salame, Xavier P CTR (USA) <xavier.p.salame.ctr@mail.mil>
**Cc:** Fisher, Stephen L CIV WHS ESD (US) <stephen.l.fisher.civ@mail.mil>
**Subject:** [Non-DoD Source] Re: 20-F-0721: Freedom of Information Act Request

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
_____

Please note that we requested expedited processing. Is your statement that this has been put in the complex queue an implicit denial of that request, or have you not made a determination yet?

On 2/20/2020 2:48 PM, Salame, Xavier P CTR (USA) wrote:

> Good Afternoon Mr. McClanahan,Please find attached both FOIA Request 20-F-0721 which has been received in our office on February 18,

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI



**DEPARTMENT OF DEFENSE**
**FREEDOM OF INFORMATION DIVISION**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

May 26, 2020
Ref: 20-F-1127

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Dear Mr. McClanahan:

    This is an interim response to your May 26, 2020 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience.  We received your request on May 26, 2020, and assigned it case number 20-F-1127.  We ask that you use this number when referring to your request.

    Although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances which impact our ability to quickly process your request.  The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records.  At least one, if not more of these scenarios applies or would likely apply to your request.  While this office handles FOIA requests for the Office of the Secretary of Defense (OSD), the Joint Staff (JS) and other component offices, we do not actually hold their records and our office is not geographically located with these organizations.  As we do not hold the records, until the required records searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination.

    Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received.  Our current administrative workload is approximately 3,354 open requests.

    In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests.  If you wish to narrow the scope of your request or have questions about the foregoing, please do not hesitate to contact your Action Officer, Xavier Salame, at xavier.p.salame.ctr@mail.mil or 571-372-0419.

    Additionally, if you have concerns about service received by our office, please contact a member of our Leadership Team at 571-372-0498 or Toll Free at 866-574-4970.

    Should you wish to inquire about mediation services, you may contact the OSD/JS FOIA Public Liaison, Melissa S. Walker, at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil, or the Office of Government Information Services (OGIS) at the National Archives and Records Administration.  The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740
E-mail: ogis@nara.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

We regret the delay in responding to your request and appreciate your patience. As previously stated, please contact your Action Officer, Xavier Salame, and reference FOIA case number 20-F-1127 for any questions or concerns.

Sincerely,

*for Pamela Andrews*
Stephanie L. Carr
Chief

Enclosure:
As stated

**Subject**: Ref: F-2020-03753, Freedom of Information Act Acknowledgement
**From**: <A_FOIAacknowledgement@groups.state.gov>
**Date**: Thu, 20 Feb 2020 16:26:31 +0000
**To**: <kel@nationalsecuritylaw.org>

**\*\*THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.\*\***

Mr. McClanahan:

This email acknowledges receipt of your February 18, 2020, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on February 18, 2020, regarding the prepublication review of former National Security Advisor John Bolton's manuscript, "The Room Where It Happened."  This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible.  See 22 CFR § 171.11(h).

Also, you requested expedited processing of this request.  According to 22 CFR § 171.11(f), requests shall receive expedited processing when a requester demonstrates a "compelling need" for the information exists for one of the following reasons: (1) failure to obtain the requested information on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (2) the information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal government activity; or (3) failure to release the information would impair substantial due process rights or harm substantial humanitarian interests.  Your request does not demonstrate a "compelling need" for the requested information.  Therefore, this Office denies your request for expedited processing.

If you are not satisfied with this Office's determination in response to your request for expedited processing, you may administratively appeal to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services, U.S. Department of State, 2201 C Street, NW, Suite B266, Washington, D.C. 20520; or facsimile at 202-485-1718.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of this email.

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances."  See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

/s/ *Nicholas J. Cormier*
Nicholas J. Cormier

Chief, Requester Communications Branch
Office of Information Programs and Services

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

Kel McClanahan
Executive Director
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

May 28, 2020

Mr. McClanahan:

This letter acknowledges receipt of your Freedom of Information Act ("FOIA") request dated and received by the IMD on 28 May 2020, in which you seek,

**a) all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton ("Bolton");**
**b) all records created since 1 November 2019 including the name of Bolton's forthcoming book *The Room Where It Happened;***
**c) all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and**
**d) all portions of Bolton's manuscript which were provided to the Office of the Director of National Intelligence for prepublication review**

**Your request has been assigned ODNI tracking number DF-2020-00253.** We will begin to process your request and will contact you should we require clarification of your request. **Your request for a fee waiver has been granted.**

Your request for expedited processing has been denied because you have not satisfied ODNI standards for expedited processing established in 32 CFR 1700.12. If you are not satisfied with my response to your request for expedited processing, you may administratively appeal by submitting a written request to the Chief FOIA Officer, c/o Director, Information Management Division, Office of the Director of National Intelligence, Washington, DC 20511 or dni-foia@dni.gov. The request letter and envelope or subject line of the email should be marked "Freedom of Information Act Appeal." Your appeal must be postmarked or electronically transmitted within 90 days of the date of this letter.

To assist you with any aspect of your request you may contact me, the FOIA Public Liaison, at my contact information below. You may also contact the Office of Government Information Services ("OGIS") of the National Archives and Records Administration to inquire about the mediation services they provide. OGIS can be reached by mail at 8601 Adelphi Road, Room 2510, College Park, MD 20740-6001; telephone (202) 741-5770; facsimile (202) 741-5769; Toll-free (877) 684-6448; or email at ogis@nara.gov.

If you have any questions, please feel free to contact our Requester Service Center at dni-foia@dni.gov or (301) 243-1499. You may also reach out to me directly at dni-foia-liaison@dni.gov or (301) 243-2025.

Sincerely,

*Sally A. Nicholson*

Sally A. Nicholson
Chief, FOIA Branch
FOIA Public Liaison
Information Management Division

1



**NATIONAL ARCHIVES**

# George W. Bush Presidential Library and Museum

2943 SMU Boulevard, Dallas, TX 75205-2300

February 27, 2020

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Dear Mr. McClanahan:

This is in response to your February 18, 2020 request for access under the Freedom of Information Act (FOIA) (5 U.S.C. § 552,), for all regulations, policy statements, guidelines, memoranda, training materials, handbooks, manuals, checklists, worksheets, instructions, and similar documents which provided direction for officials who performed prepublication review of documents submitted to the National Security Council, for which you have requested expedited processing. Your request was received by the George W. Bush Library on that date, and we have assigned this request the tracking number 2020-0171-F.

We are still performing searches of our collection for Presidential records related to your request and will provide you with an update on the status of your request shortly.

With respect to your expedition request, NARA has promulgated regulations providing for expedited processing of requests if the requester demonstrates a compelling need (as defined in statute) or in any case the agency deems appropriate under its regulations. NARA's regulations are published at 36 C.F.R. § 1250.28. The requester must demonstrate that the records sought are necessary for one of the following reasons:

1. A reasonable expectation of an imminent threat to an individual's life or physical safety;
2. A reasonable expectation of an imminent loss of a substantial due process right;
3. An urgent need to inform the public about an actual or alleged Federal Government activity (this criterion applies only to those requests made by a person primarily engaged in disseminating information to the public); or
4. A matter of widespread and exceptional media interest in which there exist possible questions that affect public confidence in the Government's integrity.

We do not consider your request to meet the requirements for expedited processing provided for in NARA's regulations at 36 C.F.R. § 1250.28(3) or 36 C.F.R. § 1250.28(4). You have not provided evidence that there is an urgent need to inform the public or that there truly exists widespread and exceptional media interest tied to questions of public confidence in the Government's integrity that can be addressed by the records you seek. You proactively state that the documents may not reflect current NSC policy related to the pre-publication review process and that you are only requesting them because they are the most current policy documents available to public request.

If you have any questions regarding the status of your FOIA request, please contact me directly at 214-346-1557. If you have any questions or concerns about NARA's handling of this expedited request, please feel free to contact NARA's FOIA Officer Joe Scanlon at (301) 837-0583.

If you consider my response to be a denial of this request, you may appeal by writing to the Deputy Archivist of the United States, c/o the George W. Bush Library, 2943 SMU Boulevard, Dallas, TX 75205 or by email to gwbush.library@nara.gov. Both the letter and the envelope or email subject line should be clearly marked "PRA/FOIA Appeal". You have ninety (90) calendar days from the date of this letter to file your appeal.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison John Laster for assistance at: Presidential Materials Division, National Archives and Records Administration, 700 Pennsylvania Avenue, NW, Room G-7, Washington, DC 20408-0001; email at libraries.liaison.nara@nara.gv; telephone at 202-357-5200; or facsimile at 202-357-5941.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Shannon Jarrett*

SHANNON JARRETT
Supervisory Archivist
George W. Bush Library and Museum

cc: Joe Scanlon
    FOIA Officer, National Archives and Records Administration