UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, *et al.*, | * | Civil Action No. 1:20-cv-01732 (RC) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion for Partial Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2020,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendants shall process the requests at issue in Counts Counts 2, 4, 6, 8, 12, 14, 16, and 18 as soon as practicable; and

**FURTHER ORDERED** that Defendants shall make biweekly interim releases of all non-exempt responsive records responsive to all counts except Counts 20 and 21 beginning fourteen days from the date of this Order.

_____
Rudolph Contreras
United States District Judge