# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>                Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.***,**<br><br>                Defendants. | Civil Action No. 1:20-cv-01732 (RC) |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR COMBINED OPPOSITION AND CROSS-MOTION TO PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

In its August 26, 2020 minute order granting Plaintiff's second motion for an extension of time, ECF No. 12, the Court deemed Plaintiff's opposition to Defendants' Partial Motion to Dismiss timely filed and set Defendants' deadlines going forward.  Specifically, the Court ordered Defendants' reply in support of their Partial Motion to Dismiss, and their opposition to Plaintiff's Cross-Motion for Partial Summary Judgment, to be filed on September 8, 2020.  The Court nonetheless noted that Defendants may "file a motion for extension of time if necessary."  A third deadline in this case, for Defendants' opposition to Plaintiff's Motion to Expedite the Case under 28 U.S.C. § 1657, ECF No. 11, falls due today.  Although Defendants' counsel has been working diligently in an attempt to meet the three separate deadlines, the press of intervening business and several matters with upcoming deadlines have made it necessary to request a modest extension of time for one of the three briefs due today in this matter.

Defendants respectfully move for a ten (10) day extension of time, until September 18, 2020, to file their combined opposition and cross-motion to Plaintiff's Cross-Motion for Partial Summary Judgment, ECF No. 13.  This extension is necessary to ensure that Defendants have sufficient time to timely file the other two briefs in this case.  It is also necessary due to several deadlines in other matters that fall over the next two weeks.  Defendants' counsel has met and conferred with Plaintiffs' counsel,

who has indicated that, despite its own extensions and late filings, it will oppose this motion.

DATED: September 8, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Christopher R. Healy*

CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Christopher R. Healy*

Christopher R. Healy
Trial Attorney, U.S. Department of Justice