RE: Extension?                                                                                                imap://imap.googlemail.com:993/fetch>UID>/INBOX/Clients/Legal Eagl...

Case 1:20-cv-01732-RC   Document 17-1   Filed 09/08/20   Page 1 of 4

**Subject:** RE: Extension?
**From:** "Healy, Christopher (CIV)" <Christopher.Healy@usdoj.gov>
**Date:** Sat, 5 Sep 2020 18:31:55 +0000
**To:** "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>

Kel, I've appreciated your attempts to come to creative solutions, but I just don't think it's appropriate to try to micromanage the agencies' processing of your requests based on my personal briefing scheduling needs. Nobody is looking to slow-walk the opposition to your motion, or the responses to your requests. I will get it done as fast as I can, and if I can get it in early I will—I have multiple other briefing deadlines in the next two weeks, so the faster I can get this off my plate the better. As for the agencies, they may well get something substantive back to you by the end of September, and they're working on coming up with estimated time-frames for an interim production. I simply don't feel like I can properly ask them to condition their response schedule on your willingness to consent to my extension motion.

It's true that It took me longer than I said it would to determine what kind of an extension I would need. I'm sure you've been in similar positions. I've given you significant leeway in terms of extensions, including at the last minute, and would have hoped you'd be willing to reciprocate without strings attached. I'm not going to file your opposition for you in the form of an email attachment. If you want to oppose my extension motion, oppose it.

Hope you get a chance to enjoy the nice weather out there this weekend.

--Christopher

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Saturday, September 05, 2020 1:51 PM
**To:** Healy, Christopher (CIV) <chhealy@CIV.USDOJ.GOV>
**Subject:** Re: Extension?

You stated on 9/1 that every agency was already "in the midst of the search process." At least two of them (OLC and NSD) granted the requests expedited processing at the outset. You have so far failed to provide a single estimated date of completion I asked for, despite the fact that it is explicitly required by the FOIA statute. It is hardly unreasonable to ask *half* of them to complete the searches that they are allegedly "in the midst of" in the next two weeks and process some records for release, unless you are creatively using "in the midst of" to mean "decided to start whenever they get around to it." They should be doing this anyway if you are accurately representing the state of the searches; I'm just asking you to tell the Court that they will.

I volunteered on 8/26 that you could have less than a week extension on each brief with my consent, and you said that if you needed one you'd ask "early next week." Even assuming that you meant this past week, that would've meant asking well before Friday night. Despite that, I again tried to reach an accommodation with you to ensure that the Court promptly adjudicated the motions involving the agencies' processing rates, given the ticking clock. And your response was that your clients had directed you to prioritize the *one motion which isn't time-sensitive*.

I have attempted to work with you every step of the way, but it is becoming clear that you are only willing to ask things of me but not of your clients. It is also becoming apparent that the agencies are not interested in a prompt adjudication of the expedited processing issue, which is not indicative of agencies which believe they have the right side of the argument.

I regret that your clients' dilatory conduct has put you in the position of having to brief an entirely unnecessary extension motion. In the interest of reaching a prompt resolution of this matter and avoiding more needless filings, I will not file an actual opposition brief to your extension motion if you attach this email to it and state my opposition, and you may explicitly say that no opposition motion is forthcoming if you do so.

On 9/5/2020 10:41 AM, Healy, Christopher (CIV) wrote:

**Ex. A**

RE: Extension?  imap://imap.googlemail.com:993/fetch>UID>/INBOX/Clients/Legal Eagl...

Case 1:20-cv-01732-RC   Document 17-1   Filed 09/08/20   Page 2 of 4

I don't think that would be an appropriate ask of the agencies. I can't ask them to speed up their work because I happen to need an extension. I'll just move for the 10 days and note that you oppose.

--Christopher

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Saturday, September 05, 2020 7:31 AM
**To:** Healy, Christopher (CIV) <chhealy@CIV.USDOJ.GOV>
**Subject:** Re: Extension?

OK, let's do this. I'll give you the entire 10 days if you get a commitment from at least 4 agencies to complete their searches and make non-negligible interim releases by the end of September. Deal?

On 9/4/2020 11:29 PM, Healy, Christopher (CIV) wrote:

> That's unfortunate. I can't agree to any extension on the other, as my clients are pushing to file that on time. Would you agree to a 7 day extension on the opp? Or is it Friday or bust?
>
> Sent from my iPhone
>
>> On Sep 4, 2020, at 10:33 PM, Kel McClanahan, Esq. <kel@nationalsecuritylaw.org> wrote:
>>
>>
>> Sorry, I can't agree to that long of an extension on that particular filing, since that's one of the super time-sensitive ones (since it deals with processing speed). I can agree to an extension until Friday for that one, but will make it easier by also offering to agree to a 10-day extension for your MTD reply to allow you to shift gears and focus on the time-sensitive one.
>>
>> On 9/4/2020 8:50 PM, Healy, Christopher (CIV) wrote:
>>
>>> Kel—
>>>
>>> Try mightily as I have to make the deadlines on Tuesday, I'm not going to make it with respect to the opposition to your partial MSJ. The other two are looking like they will be on time. Next week is packed with deadlines for me, so if you are on board with it, I'm hoping to seek another 10 days (until Friday, September 18th). I'm happy to ask for a commensurate extension on your end for the reply if you want it.
>>>
>>> I hope you get a chance to enjoy the long weekend! Stay

RE: Extension?                                                                 imap://imap.googlemail.com:993/fetch>UID>/INBOX/Clients/Legal Eagl...

Case 1:20-cv-01732-RC   Document 17-1   Filed 09/08/20   Page 3 of 4

well.

--Christopher

**Christopher Healy** | Trial Attorney
U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L St. NW | Washington, DC 20005
tel (202) 514-8095 | fax (202) 616-8470
Christopher.Healy@usdoj.gov

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

RE: Extension?                                                                                                                  imap://imap.googlemail.com:993/fetch>UID>/INBOX/Clients/Legal Eagl...

Case 1:20-cv-01732-RC   Document 17-1   Filed 09/08/20   Page 4 of 4

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI