**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, *et al.*, | *   Civil Action No. 1:20-cv-01732 (RC) |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Defendants' Motion for an Extension of Time to File Their Combined Opposition and Cross-Motion to Plaintiff's Cross-Motion for Partial Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2020,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
Rudolph Contreras
United States District Judge