# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-01732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*, | **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME** |
| Defendants. | |

      Plaintiff has filed a memorandum in opposition to Defendants' Motion for an Extension of Time, ECF No. 17.  Plaintiff takes issue with the idea that Defendants would prioritize the Reply in Support of Defendants' Partial Motion to Dismiss over their partial summary judgment opposition.  *See id.*  Contrary to Plaintiff's supposition, however, this extension motion is not an attempt to "run out the clock" on that motion.  *Id.* at 2.  As indicated in Defendants' extension motion, the requested extension is necessary not only due to the need to file the two other briefs in this matter, but also as a result of other intervening deadlines.  *See* ECF No. 16.

      Moreover, much of the delay about which Plaintiff complains is due to its own dilatoriness.  Plaintiff could have filed the Partial Summary Judgment Motion far earlier than late July, nearly two months after initiating this action, and could have timely filed its opposition to Defendants' Motion to Dismiss such that Defendants' filings did not all fall on the same day.  As Defendants' counsel indicated in his e-mail response to Plaintiff over the weekend, *See* ECF No. 17-1, Defendants are not looking to slow-walk the opposition to Plaintiff's summary judgment motion, and if Defendants' counsel can get the opposition done more quickly than next Friday,

he will.  *See id.* at 1.  At this time, however, filing earlier appears infeasible given the constraints on his schedule, thus a modest extension until next Friday is necessary.

| | |
|---|---|
| DATED: September 8, 2020 | Respectfully submitted,<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>*/s/ Christopher R. Healy*<br>CHRISTOPHER R. HEALY<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch 1100 L St, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 514-8095<br>Facsimile: (202) 616-8470<br>E-mail: Christopher.Healy@usdoj.gov<br><br>*Counsel for Defendant*s |

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Christopher R. Healy*

Christopher R. Healy
Trial Attorney, U.S. Department of Justice