UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, *et al.*, | * * * * | Civil Action No. 1:20-cv-01732 (RC) |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF NEW EVIDENCE

Plaintiff Legal Eagle, LLC ("Legal Eagle") hereby provides the Court with records, attached as Ex. D, obtained today from the Department of Defense Office of the Secretary of Defense/Joint Staff ("OSD/JS") in response to the Freedom of Information Act ("FOIA") request at issue in Count 21. This request was for all internal records about the administrative processing of the first FOIA request at issue in Count 7.

This new evidence shows the complete absence of *any* decisionmaking process— reasoned or otherwise—with respect to the OSD/JS denial of Legal Eagle's request for expedited processing, currently the subject of Legal Eagle's Cross-Motion for Partial Summary Judgment. As noted in Legal Eagle's brief in support of that motion, OSD/JS has given the Court no reason to find that it properly determined that Legal Eagle did not demonstrate a compelling need for the records. (Pl.'s Mem. P. & A. Supp. Cross-Mot. Part. Summ. J., Dkt. #13, at 12 (filed Aug. 25, 2020).) Now that OSD/JS has released its internal processing records, that argument is vindicated. Other than the email correspondence exchanged between the OSD/JS FOIA analyst

and the undersigned (which was omitted from the new exhibit because it was already in the record as part of Dkt. #13-2), there is not a single mention in the processing file of even a *request* for expedited processing, let alone an administrative determination to deny it. (*See* Ex. D *passim*.)

In fact, these records indicate that OSD/JS has been deliberately delaying the release of responsive records. On 21 February 2020, the OSD/JS FOIA analyst informed the undersigned, "Please know that we will act on your request as soon as we can, and respond directly to you." (Ex. B, Dkt. #13-2, at 6 (filed Aug. 25, 2020).) On 23 April 2020, the Defense Office of Prepublication and Security Review ("DOPSR") advised the OSD/JS FOIA analyst that it had located eleven responsive pages, which it stated should be released with redactions. (*See* Ex. D at 3-4.) As of this writing, Legal Eagle has received *none* of these records. This new evidence shows that not only did OSD/JS make an arbitrary decision to deny Legal Eagle's request for expedited processing without any consideration—or even documentation—of the request, but that it affirmatively has delayed releasing responsive records for *six months* after being advised by DOPSR that they were ready for release.

Date:   October 23, 2020

                                                Respectfully submitted,

                                                 /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD  20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*