# COMPONENT COVER SHEET
## UNCLASSIFIED

| PRIORITY | SUSPENSE DATE | DATE OF CORRESPONDENCE |
|---|---|---|
| Normal | 25-Mar-2020 | 25-Feb-2020 |

| REQUEST TYPE | RESPONSE TYPE |
|---|---|
| FOIA Request | FAA-For Appropriate Action |

**FROM**
Xavier Salame

**TO**
OSD/JS

**Control Number**
CATMS25022020CHN8XA

**Action ID**
CMO000724-20

**SUBJECT**
20-F-0721: Bolton Records

Ex. D

COMMENTS

Good morning,

Action needed: SEARCH. This request was received on February 19, 2020

Search Criteria: Please conduct a search for records responsive to the requester. The requester is seeking: This is a request on behalf of my client Legal Eagle LLC ("Legal Eagle") under the
Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., for copies of the following Defense Office of Prepublication and Security Review ("DOPSR") or Office of General Counsel records:
a) all records created since 1 July 2019 discussing prepublication review of any manuscript written by former National Security Advisor John Bolton
b) all records created since 1 November 2019 including the name of Bolton's forthcoming book The Room Where It Happened;
c) all records created since 1 November 2019 including the name "Bolton" or any variations thereof (e.g., "Bolton's"); and
d) all portions of Bolton's manuscript which were provided to the Defense Department for prepublication review.

Date Range:

Requestor fee status: other

Suspense: March 25, 2020: If this date cannot be met, please provide an estimated date of completion to this office, as directed by the Open Government Act of 2007.

Tasker completion guidance: If you find responsive records, conduct a review, bracket, and cite the FOIA exemption(s) invoked for any information that your office wants to withhold along with your rationale for denial. It is mandatory when using exemption (b)(1) that you also identify the subsections of Executive Order 13526 that apply to the information that continues to be classified. If citing exemption (b)(4) for withholdings, you must ensure the Submitter Notice is completed (per Executive Order 12600). If your search does not find responsive records, please list details of the offices and systems used to conduct the search as well as the search terms used during electronic searches on the SD Form 472. Please note that regardless of withholding, a "clean" copy of all responsive records must be provided to our office, along with completed and signed SD Form 472 and DD Form 2086 (attached). If withholdings are recommended, a "marked" copy of the records must also be returned to this office. Please see attached tasker supplement documents.

Blank 472 form can be obtained here: www.dtic.mil/whs/directives/forms/eforms/sd0472.pdf
Blank 2086 form can be obtained here: www.dtic.mil/whs/directives/forms/eforms/dd2086.pdf

Please contact me if there are any questions.

Very Respectfully,

Xavier Salame
FOIA analyst
For Stephen Fisher, on behalf of
Stephanie L. Carr
Chief, Office of Freedom of Information
OSD/JS FOIA Requester Service Center

(571) 372-0419
xavier.p.salame.ctr@mail.mil

THE ATTACHED DOCUMENTS MAY CONTAIN SENSITIVE INFORMATION TO
INCLUDE PRIVACY ACT MATERIAL - PLEASE HANDLE ACCORDINGLY

DATE PRINTED 2/25/2020 10:05:32 AM

| REQUEST INFORMATION SHEET | SEE INSTRUCTIONS ON PAGE 3 |
|---|---|
| TO: Office of Freedom of Information (OFOI) | This form is to be used for recording disclosure/non-disclosure determination associated with processing a Freedom of Information or Privacy request and to document the record search. |

| 1. CASE NUMBER<br>20-X-0004 (20-F-0721) | 2. TYPE OF REQUEST<br>[X] INITIAL   [ ] APPEAL | 3. RECORD PROVIDED TO COMPONENT FOR REVIEW? |
|---|---|---|
| 4. I REASONABLY BELIEVE THAT MY OFFICE/ORGANIZATION WOULD NOT HAVE RECORDS IN OUR FILES OR AT THE NATIONAL RECORDS CENTER THAT ARE RESPONSIVE TO THIS REQUEST. THEREFORE, A SEARCH WAS NOT CONDUCTED (Skip to Item 20). | | 5. COMPONENT SEARCH RESULTS<br>[X] RECORDS FOUND   [ ] NO RECORDS<br>(Complete Items 7 - 9 to document the search process regardless of the results of the search.) |

**6. THIS REQUEST SHOULD BE REDIRECTED OR ADDITIONALLY SENT FOR SEARCH TO:**

**7. SEARCH PROCESS** (X all that apply)
- [ ] NATIONAL RECORDS CENTER SEARCH CONDUCTED
- [ ] OFFICE FILES SEARCHED
- [ ] OTHER OFF-SITE STORAGE SEARCHED
- [X] EMAIL ACCOUNTS SEARCHED
- [ ] ELECTRONIC RECORDS SEARCHED

**8. DESCRIBE EMAIL ACCOUNTS, OFFICE FILES OR ELECTRONIC RECORDS SEARCHED**

DOPSR Action Officer email accounts

**9. PROVIDE KEY WORDS, PHRASES USED FOR SEARCH**

"Bolton"
"The Room Where It Happened"
"National Security Advisor"

**10. - 14. RECORD DESCRIPTIONS**

| 10.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |
| 11.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
| c. TYPE | | e. ORIGINATOR | |
| 12.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
| c. TYPE | | e. ORIGINATOR | |

**SD FORM 472, SEP 2009**   PREVIOUS EDITION IS OBSOLETE.   Adobe Professional 8.0

# REQUEST INFORMATION SHEET

**RECORD DESCRIPTIONS** *(Continued)*

| 13.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |

| 14.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |

**15. ACTION TAKEN BY COMPONENT** *(X those that apply)*

☐ GRANT IN FULL   ☒ GRANT IN PART   ☐ DENY   ☐ NO OBJECTION TO DISCLOSURE

**16. EXEMPTIONS INVOKED FOR DENIALS** *(See 5 USC 552, 5 USC 552a, and DoD Regulation 5400.7-R)*

(b)(4), (b)(5), (b)(6)

**17. RATIONALE FOR DENIAL** *(For a full denial or partial denial of information, provide a statement of specific harm that would result from release.)*

(b)(4): Disclosure would provide the public with records or information that a submitter has a commercial or financial interest in.

(b)(5): Disclosure would provide opinions protected under the deliberative process privilege

(b)(6): Disclosure would constitute a clearly unwarranted invasion of personal privacy

**18. REMARKS**

DOPSR found 11 pages responsive to subsections a and c of the request. DOPSR found no records responsive to subsections b and d of the request.

**19. COORDINATION**

| a. NAME (Last, First, Middle Initial) | b. OFFICE SYMBOL | c. TELEPHONE NO. | d. CONCUR | e. NON-CONCUR |
|---|---|---|---|---|
| (b)(6) | DOPSR | (b)(6) | X | |

**20. ACTION OFFICER**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. TITLE | d. SIGNATURE | e. OFFICE TELEPHONE NUMBER |
|---|---|---|---|---|
| (b)(6) | GS-14 | Security Review Specialist | (b)(6) | (b)(6) |

**21. APPROVAL/DENIAL AUTHORITY**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. TITLE | d. SIGNATURE | e. DATE (YYYYMMDD) |
|---|---|---|---|---|
| Sturgis, George R. | GS-15 | Chief | (b)(6) | 20200423 |

SD FORM 472 (BACK), SEP 2009                                    Reset

## INSTRUCTIONS FOR COMPLETING SD FORM 472

1. CASE NO. - OFOI will assign request case number using F = Freedom of Information, and P = Privacy. A consecutive numbering system is employed for tracking purposes; e.g., 04-F-0000. This notation shall be used on all forms and/or correspondence associated with request.

2. TYPE OF REQUEST - OFOI will notate whether request is an initial or appeal action by placing an "X" in the appropriate block.

3. RECORD PROVIDED TO COMPONENT TO REVIEW - In instances where a record is provided to a Component by OFOI for review, OFOI will place an "X" in this block.

4. SEARCH NOT CONDUCTED. Place an "X" in the block if applicable and complete Item 20.

5. COMPONENT SEARCH RESULTS - Upon receiving a request, Component Action Officer(s) will conduct a search for requested records. "X" to indicate whether or not records were found.

6. REDIRECTED OR ADDITIONAL SEARCH. "X" and complete if this request should be directed to another component or agency for search or if there are additional components that might also hold responsive records.

7. SEARCH PROCESS. Mark "X" in all applicable blocks and complete items 8 and 9 regardless of search results.

8. Describe EMAIL ACCOUNTS, OFFICE FILES, ELECTRONIC RECORDS, or other storage searched.

9. List KEY WORDS or phrases used for search.

10. - 14. RECORD DESCRIPTION - When records are found responsive to the request, the Component Action Officer shall complete blocks a through f. In instances where voluminous records are involved, a separate sheet may be attached detailing required information.

a. DATE - Enter date of located record.

b. TYPE - Identify record type; e.g., memorandum, letter, study, message, etc.

c. SECURITY CLASSIFICATION - Enter record classification using T = Top Secret, S = Secret, and C = Confidential. Records bearing a "FOR OFFICIAL USE ONLY" marking = FOUO.

d. ADDRESSEE - Enter information such as individual's name, title or organization which reflects to or for whom record was intended.

e. ORIGINATOR - Enter information such as individual's name, title or organization which reflects record's origin.

f. SUBJECT/TITLE - Record identification should be as complete as possible. Where a record is commonly known by a name other than its official subject/title, both references should be notated, e.g., 1968 Department of Defense Study, "United States Vietnam Relations, 1945 - 1967," popularly known as the Pentagon Papers.

15. ACTION TAKEN BY COMPONENT. Upon acceptance of a request for action and when content of local record has been reviewed, mark "X" in appropriate block to indicate decision made.

Mark GRANT IN FULL when all records reviewed may be disclosed; mark GRANT IN PART when any record or portion of any record is denied; mark DENY when all records may not be disclosed; or mark NO OBJECTION TO DISCLOSURE when entire record is not under your jurisdiction, but there is no objection by your Component to disclose.

16. EXEMPTIONS INVOKED FOR DENIALS - Identify one or more of the exemptions to disclosure invoked when denying a record or a portion of a record.

17. RATIONALE FOR DENIALS - Component's rationale for denying a record or a portion of a record shall be entered to include the specific harm that would result from disclosure. Classified comments, if required, will be placed in a separate memorandum to OFOI.

18. REMARKS - Any additional pertinent information associated with the request may be entered. If applicable, a statement that reasonably segregable portions of a denied record cannot be provided will be entered.

19. COORDINATION - Reflect all parties which reviewed records in the course of arriving at or passing on the determinations. When either GRANT IN PART or DENY is marked, you may wish to coordinate with Component's General Counsel.

a. NAME - Self explanatory.
b. OFFICE SYMBOL - Self explanatory.
c. TELEPHONE NO. - Self explanatory.
d. CONCUR - Place an "X" in this box to indicate concurrence.
e. NON-CONCUR - Place an "X" in this box to indicate non-concurrence.

20. ACTION OFFICER - Identification of Component action officer allows direct contact on any subsequent matters.

a. NAME - Self explanatory.
b. RANK - Self Explanatory.
c. TITLE - Self explanatory.
d. SIGNATURE - Self explanatory.
e. OFFICE PHONE NO. - Include area code.

21. APPROVAL/DENIAL AUTHORITY - The specifically appointed authority is encouraged to review action on all requests. The authority's signature denotes personal review. Signature is mandatory when GRANT IN PART, DENY or NO RECORD is marked.

a. NAME - Self explanatory.
b. RANK - Self explanatory.
c. TITLE - Self explanatory.
d. SIGNATURE - Self explanatory.
e. DATE - Self explanatory.

| REQUEST INFORMATION SHEET | SEE INSTRUCTIONS ON PAGE 3 |
|---|---|
| TO: Office of Freedom of Information (OFOI) | This form is to be used for recording disclosure/ non-disclosure determination associated with processing a Freedom of Information or Privacy request and to document the record search. |

| 1. CASE NUMBER<br>20-X-0004 (20-F-0721) | 2. TYPE OF REQUEST<br>[X] INITIAL  [ ] APPEAL | 3. RECORD PROVIDED TO COMPONENT FOR REVIEW? |
|---|---|---|
| [ ] 4. I REASONABLY BELIEVE THAT MY OFFICE/ORGANIZATION WOULD NOT HAVE RECORDS IN OUR FILES OR AT THE NATIONAL RECORDS CENTER THAT ARE RESPONSIVE TO THIS REQUEST. THEREFORE, A SEARCH WAS NOT CONDUCTED *(Skip to Item 20)*. | | 5. COMPONENT SEARCH RESULTS<br>[ ] RECORDS FOUND  [X] NO RECORDS<br>*(Complete Items 7 - 9 to document the search process regardless of the results of the search.)* |

[ ] 6. THIS REQUEST SHOULD BE REDIRECTED OR ADDITIONALLY SENT FOR SEARCH TO:

| 7. SEARCH PROCESS *(X all that apply)* | |
|---|---|
| [ ] NATIONAL RECORDS CENTER SEARCH CONDUCTED | [ ] OTHER OFF-SITE STORAGE SEARCHED |
| [ ] OFFICE FILES SEARCHED | [X] EMAIL ACCOUNTS SEARCHED |
| | [ ] ELECTRONIC RECORDS SEARCHED |

8. DESCRIBE EMAIL ACCOUNTS, OFFICE FILES OR ELECTRONIC RECORDS SEARCHED

DOPSR action officer email accounts

9. PROVIDE KEY WORDS, PHRASES USED FOR SEARCH

10. - 14. RECORD DESCRIPTIONS

| 10. a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |

| 11. a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |

| 12. a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |

SD FORM 472, SEP 2009          PREVIOUS EDITION IS OBSOLETE.          Adobe Professional 8.0

# REQUEST INFORMATION SHEET

**RECORD DESCRIPTIONS** *(Continued)*

| 13.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
|---|---|---|---|
| c. TYPE | | e. ORIGINATOR | |
| 14.a. DATE (YYYYMMDD) | b. SECURITY CLASSIFICATION | d. ADDRESSEE | f. SUBJECT/TITLE |
| c. TYPE | | e. ORIGINATOR | |

**15. ACTION TAKEN BY COMPONENT** *(X those that apply)*

☐ GRANT IN FULL  ☐ GRANT IN PART  ☐ DENY  ☐ NO OBJECTION TO DISCLOSURE

**16. EXEMPTIONS INVOKED FOR DENIALS** *(See 5 USC 552, 5 USC 552a, and DoD Regulation 5400.7-R)*

**17. RATIONALE FOR DENIAL** *(For a full denial or partial denial of information, provide a statement of specific harm that would result from release.)*

**18. REMARKS**

**19. COORDINATION**

| a. NAME (Last, First, Middle Initial) | b. OFFICE SYMBOL | c. TELEPHONE NO. | d. CONCUR | e. NON-CONCUR |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**20. ACTION OFFICER**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. TITLE | d. SIGNATURE | e. OFFICE TELEPHONE NUMBER |
|---|---|---|---|---|
| (b)(6) | GS-14 | Security Review Specialist | (b)(6) | (b)(6) |

**21. APPROVAL/DENIAL AUTHORITY**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. TITLE | d. SIGNATURE | e. DATE (YYYYMMDD) |
|---|---|---|---|---|
| Sturgis George | GS15 | Chief | (b)(6) | 20200221 |

SD FORM 472 (BACK), SEP 2009

From: (b)(6) CIV OSD OGC (USA)
To: Salame, Xavier P CTR (USA)
Subject: FW: 20-F-0721: Freedom of Information Act Request
Date: Tuesday, May 26, 2020 12:59:07 PM

Hi Xavier,

I'm the action officer for this FOIA request. We initiated self-searches and in the process discovered that a person no longer with DoD is likely to have responsive records. We are now initiating a JSP search. Once the JSP search is completed, we will conduct a responsiveness review and process the responsive records.

Let me know if you have any questions.

v/r
(b)(6)

(b)(6)
Associate Deputy General Counsel
Office of Information Counsel
Department of Defense Office of the General Counsel
(b)(6)    (office)
         (mobile)
(b)(6)              @mail.smil.mil

CAUTION: Information contained in this message may be protected by the attorney/client, attorney work product, deliberative process or other privileges. Do not disseminate further without approval from the Office of the DoD General Counsel.

From: (b)(6) CIV OSD OGC (USA) (b)(6) @mail.mil>
Sent: Tuesday, May 26, 2020 12:37
To: (b)(6) CIV OSD OGC (USA) (b)(6) @mail.mil>
Subject: FW: 20-F-0721: Freedom of Information Act Request

Hi (b)(6)

FOID is requesting a status on this FOIA assigned to you.

Alva

**From:** Salame, Xavier P CTR (USA) <xavier.p.salame.ctr@mail.mil>
**Sent:** Tuesday, May 26, 2020 7:29 AM
**To:** Bennett, David P CIV OSD OGC (USA) <(b)(6)@mail.mil>
**Cc:** (b)(6) CIV OSD OGC (USA) (b)(6) mail.mil>
**Subject:** 20-F-0721: Freedom of Information Act Request

Dear Mr. Bennett,

      My name is Xavier Salame, I am the Action Officer on this case 20-F-0721. The requestor has asked for a status update on this request. At your earliest convenience, please send an estimated date of completion for the request. Thank you for your time on this matter.

Very Respectfully,

Xavier Salame
FOIA analyst
For Stephen Fisher, on behalf of
Stephanie L. Carr
Chief, Office of Freedom of Information OSD/JS FOIA Requester Service Center
(571) 372-0419
xavier.p.salame.ctr@mail.mil