# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>    Plaintiff,<br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*,<br><br>    Defendants. | Civil Action No. 20-1732 (RC) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE

On October 23, 2020, Plaintiff filed a document styled as a "Notice of New Evidence" ("Pl.'s Not.") that purports to show "the complete absence of *any* decisionmaking process—reasoned or otherwise—with respect to the OSD/JS denial of Legal Eagle's request for expedited processing." As stated repeatedly in the briefing on Plaintiff's expedited processing claims, *see* ECF Nos. 21 & 26, the burden falls on *Plaintiff*, not Defendants, to support the request for expedited processing on the record before the agencies. *See* 5 U.S.C. § 552(a)(6)(E)(iii). The documents attached to Plaintiff's notice form no part of the record Plaintiff placed before the agencies, and are therefore completely irrelevant to the pending partial summary judgment motions.

Nor do the documents indicate that DOD has been "deliberately delaying the release of responsive records," as Plaintiff contends. Pl.'s Not. at 2. Plaintiff remarks that the documents attached to its filing indicate that the Defense Office of Prepublication and Security Review (DOPSR) had identified 11 pages of responsive records, which have not yet been released to

Plaintiff. But the documents nowhere indicate that the Department's searches were complete—indeed, they were not, as searches of another DOD component remained outstanding. The Department intends to provide a final response to Plaintiff's request in a matter of weeks.

The Court should disregard Plaintiff's filing and its irrelevant attachment.

| | |
|---|---|
| DATED: October 27, 2020 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| | */s/ Christopher R. Healy*<br>CHRISTOPHER R. HEALY<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch 1100 L St, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 514-8095<br>Facsimile: (202) 616-8470<br>E-mail: Christopher.Healy@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Christopher R. Healy*

Christopher R. Healy
Trial Attorney, U.S. Department of Justice