# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LEGAL EAGLE, LLC, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 20-1732 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 7, 13, 21, 27 |
| | : | | |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

**GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS; DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DENYING PLAINTIFF'S MOTION TO STRIKE**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Partial Motion to Dismiss (ECF No. 7) is **GRANTED**. Plaintiff's Motion for Partial Summary Judgment (ECF No. 13) is **DENIED** and Defendants' Motion for Partial Summary Judgment (ECF No. 21) is **GRANTED**. Plaintiff's Motion to Strike (ECF No. 27) is **DENIED**. It is hereby:

**ORDERED** that Defendants shall respond to the Amended Complaint on or before April 1, 2021.

**SO ORDERED**.

Dated: March 18, 2021                                        RUDOLPH CONTRERAS
                                                             United States District Judge