IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>              Plaintiff,<br>v.<br><br>NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*,<br><br>              Defendants. | Civil Action No. 20-1732 (RC) |

**JOINT STATUS REPORT**

On June 2, 2021, the Court issued a minute order directing the parties to meet, confer, and jointly submit a proposed schedule for further proceedings on or before June 16, 2021. The Parties respectfully inform the court that all but three of the remaining Defendants have now provided Plaintiff with final response letters to its FOIA requests. Defendants that have provided final responses are: DOD, DOJ-NSD, CIA, and State. Defendants ODNI, NARA, and DOJ-OLC are still in the process of reviewing potentially responsive materials.

Defendant ODNI provided an interim response on May 5, 2021, and another on June 9, 2021, and anticipates making its final response in early July. Defendant NARA and its component The George W. Bush Presidential Library ("the Library") have completed review and processing of records potentially responsive to Plaintiff's request. Because the records at issue are Presidential Records governed by the Presidential Records Act, NARA is required to provide notification to the current and former President before records can be released to Plaintiff. 44 U.S.C. § 2208(a). NARA issued notification for these records on May 13, 2021. The current and former President have 60 days, with the option to request a one-time extension of an

1

additional 30 working days, to determine if he would like to assert a constitutionally based privilege. 44 U.S.C. § 2208(a)(3). Once the notification period has passed, the Library will make the non-exempt records available to the Plaintiff. Defendant DOJ-OLC is awaiting a response on several document consultations before making an interim production. It anticipates being able to conclude the consultations and provide its first interim production no later than June 30, 2021, and another interim production by the end of July.

The Parties respectfully request that the Court provide the Parties the opportunity to provide a further status report on or before July 31, 2021, at which point the Parties will provide a proposed schedule for further proceedings.

Dated: June 16, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Christopher R. Healy*

CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*