**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**LEGAL EAGLE, LLC,**

          Plaintiff,

v.

**NATIONAL SECURITY COUNCIL
RECORDS ACCESS AND
INFORMATION MANAGEMENT
DIRECTORATE, *et. al.*,**

          Defendants.

Civil Action No. 20-1732 (RC)

**JOINT STATUS REPORT**

The Parties provide this Joint Status Report in response to the Court's minute order of June 16, 2021.  The Parties respectfully inform the Court that all but two of the remaining Defendants have now provided Plaintiff with final response letters to its FOIA requests. Defendants that have now provided final responses are: DOD, DOJ-NSD, CIA, State, and DOJ-OLC.  ODNI provided its third interim response today, and intends to make its final response in the coming days.  A final response is also still forthcoming from NARA.

As described in the June 16, 2021 JSR, Defendant NARA and its component The George W. Bush Presidential Library ("the Library") have completed review and processing of records potentially responsive to Plaintiff's request.  Because the records at issue are Presidential Records governed by the Presidential Records Act, NARA is required to provide notification to the current and former President before records can be released to Plaintiff.  44 U.S.C. § 2208(a). NARA issued notification for these records on May 13, 2021.  The current and former President have 60 business days, with the option to request a one-time extension of an additional 30 working days, to determine if they intend to assert a constitutionally based privilege.  44 U.S.C.

§ 2208(a)(3).  That period runs on August 9, 2021, unless an extension is sought.  Once the

notification period has passed, the Library will make the non-exempt records available to

Plaintiff.

The Parties respectfully request that the Court provide the Parties one month to meet and

confer over any issues Plaintiff wishes to raise regarding Defendants' responses, and provide a

further status report on August 31, 2021, at which point the Parties will provide a proposed

schedule for further proceedings.

Dated: July 31, 2021                          Respectfully submitted,


                                              BRIAN M. BOYNTON
                                              Acting Assistant Attorney General

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director, Federal Programs Branch

                                              /s/ Christopher R. Healy

                                              CHRISTOPHER R. HEALY
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil   Division,   Federal   Programs
                                              Branch 1100 L St, N.W.
                                              Washington, D.C. 20530
                                              Telephone: (202) 514-8095
                                              Facsimile: (202) 616-8470
                                              E-mail: Christopher.Healy@usdoj.gov

                                              Counsel for Defendants


                                              /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              4702 Levada Terrace
                                              Rockville, MD 20853
                                              301-728-5908
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org
                                              Counsel for Plaintiff

                                              2