IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>        Plaintiff,<br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*,**<br><br>        Defendants. | Civil Action No. 20-1732 (RC) |

**JOINT STATUS REPORT**

The Parties provide this Joint Status Report in response to the Court's minute order of August 2, 2021. The Parties respectfully inform the Court that all but two of the remaining Defendants have provided Plaintiff with final response letters to its FOIA requests. Defendants that have provided final responses are: DOD, DOJ-NSD, CIA, State, and DOJ-OLC. Although in the prior status report ODNI informed the Court that it intended to imminently provide Plaintiffs with its final response, ODNI now informs the Court that it is still awaiting a response from a final non-ODNI component that was consulted for interagency review. ODNI cannot control the timing of that non-ODNI component's response to ODNI's request. ODNI will send its final response letter to the Plaintiff immediately after receiving and reviewing the other non-ODNI component's response.

As described in the July 31, 2021 JSR, Defendant NARA and its component The George W. Bush Presidential Library ("the Library") completed its review and processing of records potentially responsive to Plaintiff's request and NARA issued notification for these records on May 13, 2021 pursuant to 44 U.S.C. § 2208(a). As no extension to the notification period was

sought, the notification period ended on August 9, 2021.  NARA subsequently provided Plaintiff with access to the responsive, non-exempt records on August 23, 2021.  Among the responsive records were 15 pages containing classified information that requires further consultation with the equity holding agencies to determine if the material remains classified.  However, due to the local health conditions, the Library closed on August 9, 2021.[1]  The Library staff cannot access classified records remotely and therefore cannot send the documents out for consultation until it is permitted to work onsite. NARA does not currently have a timeframe as to when the Library staff will regain access to the facility.

The Parties respectfully request that the Court provide the Parties one further month to meet and confer over any issues Plaintiff wishes to raise regarding Defendants' responses, and provide a further status report on October 1, 2021, at which point the Parties will provide a proposed schedule for further proceedings.

Dated: August 31, 2021                           Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                                 Acting Assistant Attorney General

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Director, Federal Programs Branch

                                                 */s/ Christopher R. Healy*
                                                 CHRISTOPHER R. HEALY
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch 1100 L St, N.W.
                                                 Washington, D.C. 20530
                                                 Telephone: (202) 514-8095
                                                 Facsimile: (202) 616-8470
                                                 E-mail: Christopher.Healy@usdoj.gov

                                                 *Counsel for Defendants*

---

[1] https://www.archives.gov/files/news/nara-notice-2021-202-closure-and-regression-of-eight-facilities.pdf.

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*
