IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>              Plaintiff,<br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*,**<br><br>              Defendants. | Civil Action No. 20-1732 (RC) |

## JOINT STATUS REPORT

The Parties provide this Joint Status Report in response to the Court's minute order of November 1, 2021.  As described in the prior status report, all but one of the remaining Defendants have now provided Plaintiff with final response letters to its FOIA requests.  Defendants that have now provided final responses are: DOD, DOJ-NSD, CIA, State, DOJ-OLC, and ODNI.

As previously described, Defendant NARA and its component the George W. Bush Presidential Library ("the Library") completed its review and processing of records potentially responsive to Plaintiff's request and NARA issued notification for these records on May 13, 2021 pursuant to the Presidential Records Act, 44 U.S.C. § 2208(a).  As no extension to the notification period was sought, the notification period ended on August 9, 2021.  NARA subsequently provided Plaintiff with access to the responsive, non-exempt records on August 23, 2021.  Among the responsive records were 15 pages containing classified information that required further consultation with the equity holding agencies to determine if the material

1

remains classified.  NARA sent these pages for inter-agency consultation but has not yet received a final response from the other agency.

The Parties respectfully request the opportunity to provide a further status report on January 22, 2021, at which point the Parties will provide a proposed schedule for further proceedings.

Dated: December 22, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*