IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*,<br><br>    Defendants. | Civil Action No. 20-1732 (RC) |

## STATUS REPORT

The Parties provide this Status Report in response to the Court's minute order of February 16, 2022. As described in the prior status report, all but one of the remaining Defendants have now provided Plaintiff with final response letters to its FOIA requests. Defendants that have now provided final responses are: DOD, DOJ-NSD, CIA, State, DOJ-OLC, and ODNI.

As previously described, Defendant NARA and its component the George W. Bush Presidential Library ("the Library") completed its review and processing of records potentially responsive to Plaintiff's request and NARA issued notification for these records on May 13, 2021 pursuant to the Presidential Records Act, 44 U.S.C. § 2208(a). As no extension to the notification period was sought, the notification period ended on August 9, 2021. NARA subsequently provided Plaintiff with access to the responsive, non-exempt records on August 23, 2021. Among the responsive records were 15 pages containing classified information that required further consultation with the equity holding agencies to determine if the material remains classified. NARA still has not yet received a final response from the other agencies.

Plaintiff requests that the Court issue an order directing NARA to identify in the next status report the agencies to which these records were referred if processing has not yet been completed. NARA opposes this request as, at a minimum, premature. NARA has reached out to the equity holding agencies to determine the present status of their review and whether NARA may share their identities with Plaintiff without revealing privileged or otherwise protected information. NARA reserves any and all applicable objections to the disclosure of that information. NARA will provide a response to Plaintiff as soon as possible, and proposes that the Parties meet and confer about this issue and report back to the Court on any disagreement in the next status report.

The Parties respectfully request the opportunity to provide a further status report on March 22, 2022, at which point the Parties will provide a proposed schedule for further proceedings.

Dated: February 22, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Christopher R. Healy*

CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*

                                Kelly B. McClanahan, Esq.
                                D.C. Bar #984704
                                National Security Counselors
                                4702 Levada Terrace
                                Rockville, MD 20853
                                301-728-5908
                                240-681-2189 fax
                                Kel@NationalSecurityLaw.org
                                *Counsel for Plaintiff*