IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

                Plaintiff,

v.

NATIONAL SECURITY COUNCIL
RECORDS ACCESS AND
INFORMATION MANAGEMENT
DIRECTORATE, *et. al.*,

                Defendants.

Civil Action No. 20-1732 (RC)

## JOINT STATUS REPORT

The Parties provide this Joint Status Report, as discussed during the March 25, 2022 status conference.  As described in Defendants' prior status report, the only remaining responsive records that have not yet been fully processed are several pages of responsive records containing classified information regarding the 9/11 Commission report, which originated from the George W. Bush Presidential Library.  These pages required further consultation with the equity holding agencies to determine if the material remains classified.

NARA now reports that it has received responses from these agency consultations. However, because the records at issue are Presidential Records governed by the Presidential Records Act, NARA is required to provide notification to the current and former Presidents before non-exempt portions of the records can be released to Plaintiff.  44 U.S.C. § 2208(a). NARA anticipates issuing notification for the remaining records this week.  The current and former Presidents will then have 60 working days, with the option to request a one-time extension of an additional 30 working days, to determine if they intend to assert a constitutionally based privilege.  44 U.S.C. § 2208(a)(3).  Once the notification period has

1

passed, if no privilege is asserted, the Library will make the non-exempt records available to

Plaintiff.

The Parties respectfully request the opportunity to provide a further status report on

August 5, 2022.

Dated: May 10, 2022                                  Respectfully submitted,

                                                     BRIAN M. BOYNTON
                                                     Principal Deputy Assistant Attorney General

                                                     ELIZABETH J. SHAPIRO
                                                     Deputy Director, Federal Programs Branch

                                                     */s/ Christopher R. Healy*

                                                     CHRISTOPHER R. HEALY
                                                     Trial Attorney
                                                     U.S. Department of Justice
                                                     Civil Division, Federal Programs
                                                     Branch 1100 L St, N.W.
                                                     Washington, D.C. 20530
                                                     Telephone: (202) 514-8095
                                                     Facsimile: (202) 616-8470
                                                     E-mail: Christopher.Healy@usdoj.gov

                                                     *Counsel for Defendants*


                                                     */s/ Kelly B. McClanahan*
                                                     Kelly B. McClanahan, Esq.
                                                     D.C. Bar #984704
                                                     National Security Counselors
                                                     4702 Levada Terrace
                                                     Rockville, MD 20853
                                                     301-728-5908
                                                     240-681-2189 fax
                                                     Kel@NationalSecurityLaw.org
                                                     *Counsel for Plaintiff*