IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*, <br><br> Defendants. | Civil Action No. 20-1732 (RC) |

## JOINT STATUS REPORT

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's Minute Order dated May 11, 2022. As described in Defendants' prior status report, the only remaining responsive records that had not been fully processed were several pages of responsive records containing classified information regarding the 9/11 Commission report, which originated from the George W. Bush Presidential Library. These pages required further consultation with the equity holding agencies to determine if the material remains classified. NARA received responses from these agency consultations.

These records are Presidential Records governed by the Presidential Records Act, which required notification to the current and former Presidents before non-exempt portions of the records could be released to Plaintiff. 44 U.S.C. § 2208(a). On May 9, 2022, NARA issued notification for the remaining records, consisting of 15 pages. NARA proposed releasing 7 pages in whole and 7 pages in part and withholding 1 page in full. The current and former Presidents then had 60 working days, with the option to request a one-time extension of an additional 30 working days, to determine if they intend to assert a constitutionally based privilege. 44 U.S.C. §

1

2208(a)(3). The notification period expired on August 4, 2022, and neither the current nor former Presidents asserted any privilege or requested an extension. Therefore, the Library has now made the non-exempt records available to Plaintiff. This production completes NARA's processing of the request.

The Parties respectfully request the opportunity to present a further status report no later than October 7, 2022.

Dated: August 5, 2022   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*