IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>              Plaintiff,<br>v.<br><br>NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*,<br><br>              Defendants. | Civil Action No. 20-1732 (RC) |

### STATUS REPORT

Defendants, by and through counsel, file this Status Report pursuant to the Court's Minute Order dated September 1, 2022. As described in Defendants' prior status report, all Defendant agencies have now provided their final responses to Plaintiff's FOIA requests. Plaintiff today indicated to Defendants that it will not challenge the agencies' processing of the FOIA requests at issue in Counts 7, 9, 11, 20, or 21, but that requests more information regarding the processing of the FOIA requests at issue in Counts 5, 10, 13, and 19, and proposes that Defendants either provide declarations to Plaintiff regarding those counts or file a dispositive motion (supported by declarations) regarding those counts. Defendants have not yet had a chance to determine their position on this proposal, as they only received it this afternoon. Defendants therefore respectfully request that the parties be afforded until November 4, 2021 to file a further status report. Defendants did not receive Plaintiff's concurrence on this status report despite several attempts to reach counsel, and therefore it has not been filed jointly.

Dated: October 7, 2022                          Respectfully submitted,

                                                          BRIAN M. BOYNTON
                                                          Principal Deputy Assistant Attorney General

>ELIZABETH J. SHAPIRO
>Deputy Director, Federal Programs Branch
>
>*/s/ Christopher R. Healy*
>
>CHRISTOPHER R. HEALY
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L St, N.W.
>Washington, D.C. 20530
>Telephone: (202) 514-8095
>Facsimile: (202) 616-8470
>E-mail: Christopher.Healy@usdoj.gov
>
>*Counsel for Defendants*