# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*,<br><br>                    Defendants. | Civil Action No. 20-1732 (RC) |

## JOINT STATUS REPORT

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's Minute Order dated September 1, 2022. As described in Defendants' prior status report, all Defendant agencies have now provided their final responses to Plaintiff's FOIA requests. As stated in the prior status report, Plaintiff has indicated to Defendants that it will not challenge the agencies' processing of the FOIA requests at issue in Counts 7, 9, 11, 20, or 21, but requested further information regarding the processing of the FOIA requests at issue in Counts 5, 10, 13, and 19. Defendants have provided responses to Plaintiffs' questions regarding Counts 5 and 13, but require further time to provide responses regarding counts 10 and 19. Plaintiff has indicated that it will not challenge the Central Intelligence Agency's processing of the FOIA requests at issue in Count 5 and will only challenge some of the withholdings made by the Office of the Director of National Intelligence regarding Count 13. To allow for further discussions between the Parties regarding Counts 10, 13, and 19, the Parties propose that they file a further status report by December 7, 2022 regarding further proceedings.

Dated: November 4, 2022                                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*