IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE, *et. al.*,<br><br>    Defendants. | Civil Action No. 20-1732 (RC) |

**NOTICE OF CORRECTION**

  Defendants respectfully provide this notice to correct an error that appeared in several prior status reports. In the Joint Status Report filed on July 31, 2021, Defendants stated that DOJ-OLC was one of the Defendants that had provided final responses to Plaintiff's FOIA requests, *see* ECF No. 40, and similar statements appeared in subsequent status reports. *See, e.g.*, ECF No. 41. More recently, Defendants have stated in status reports that that all Defendants have provided final response letters to Plaintiffs' FOIA requests. *See, e.g.* Status Report of August 5, 2022, ECF No. 49.

  Today, undersigned counsel learned that, due to an unfortunate oversight, DOJ-OLC did not provide a final response for two of Plaintiff's FOIA requests (although it did provide a final response for the other two of Plaintiff's requests), and that the prior status reports stating that DOJ-OLC's responses to Plaintiff's FOIA requests were complete were therefore incorrect. The still-outstanding requests seek, *inter alia*, all records within certain time periods that included the name "Bolton" or variations thereof. *See* ECF No. 13-1 at 21. Although DOJ-OLC conducted responsiveness searches for those requests, it paused its search when the material returned appeared very overinclusive. DOJ-OLC inadvertently failed to realize until very recently that it

1

had not continued to process those requests in the interim or provide a final response. Undersigned counsel has reached out to opposing counsel to make him aware of the oversight, and the parties are in the process of meeting and conferring over next steps, including ways to narrow the scope of responsive material. The Parties will share their proposed next steps in the status report due on Wednesday, December 7, 2022.

    Defendants apologize to the Court for the inadvertent error.

Dated: December 2, 2022                        Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                ELIZABETH J. SHAPIRO
                                                Deputy Director, Federal Programs Branch

                                                */s/ Christopher R. Healy*
                                                CHRISTOPHER R. HEALY
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch 1100 L St, N.W.
                                                Washington, D.C. 20530
                                                Telephone: (202) 514-8095
                                                Facsimile: (202) 616-8470
                                                E-mail: Christopher.Healy@usdoj.gov

                                                *Counsel for Defendants*