IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>                Plaintiff,<br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*,<br><br>                Defendants. | Civil Action No. 20-1732 (RC) |

### JOINT STATUS REPORT

The Parties respectfully provide this Joint Status Report in accordance with the Court's minute order of November 7, 2022. On Friday, December 2, 2022, Defendants filed a Notice of Correction informing the Court that certain portions of Plaintiffs' requests to DOJ-OLC remained outstanding. *See* ECF No. 52. Since then, the Parties have continued to meet and confer regarding the DOJ-OLC portions of Plaintiffs' requests. Plaintiff has agreed to narrow certain portions of the still-outstanding search to reduce over-inclusiveness, and DOJ-OLC, in its discretion, has agreed to conduct a supplemental search of another portion of Plaintiff's request. The Parties respectfully request that the Court provide a further opportunity to provide a status report on February 7, 2023 regarding further proceedings.

| | |
|---|---|
| Dated: December 7, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>*/s/ Christopher R. Healy*<br>CHRISTOPHER R. HEALY<br>Trial Attorney |

1

U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
Counsel for Plaintiff