IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### **JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's February 9, 2023 minute order. The Parties previously stated that Plaintiff had agreed to narrow certain portions of the still-outstanding DOJ-OLC search to reduce over-inclusiveness, and that DOJ-OLC had agreed to conduct a supplemental search of another portion of Plaintiff's request in its discretion. *See* ECF No. 53. In the prior status report, DOJ-OLC reported that it was currently processing search results consistent with the narrowing agreement, and that the supplemental search was nearing completion. DOJ-OLC now reports that it expects to provide a partial response by the end of this week. It further reports that it has identified a few potentially responsive documents through its supplemental search that are currently undergoing responsiveness review and, if responsive, will then be processed. DOJ-OLC expects that review to conclude in the next 4-5 weeks. The Parties respectfully request that the Court provide a further opportunity to provide a status report on April 7, 2023.

Dated: March 7, 2023                                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
Email: Christopher.Healy@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
Counsel for Plaintiff