IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE**, *et al.*, | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The Parties respectfully provide this Joint Status Report in accordance with the Court's May 19, 2023 minute order. The Parties previously stated that Plaintiff had agreed to narrow certain portions of the still-outstanding DOJ-OLC search to reduce over-inclusiveness, and that DOJ-OLC had agreed to conduct a supplemental search of another portion of Plaintiff's requests in its discretion. *See* ECF No. 53. DOJ-OLC reported in the prior status report that it had issued an interim response to Plaintiff on April 21, 2023, and had completed its review, but that it was still awaiting final clearance, including a necessary consultation response, which it expected to receive by June 2, 2023. *See* ECF No. 58. DOJ-OLC has received final clearance, and it issued a final response to Plaintiff on June 1, 2023. This completes DOJ-OLC's processing of the requests.

DOJ-OLC referred several pages to the DOJ Office of Information Policy (DOJ-OIP) as part of its processing, and DOJ-OIP is reviewing the records. DOJ-OIP expects to be able to provide an estimated date of completion by June 16, 2023. The Parties therefore respectfully

1

request that the Court provide a further opportunity to provide a status report on June 16, 2023.

Dated: June 2, 2023                                             Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Director
                                                    Federal Programs Branch

                                                    */s/ Yoseph T. Desta*
                                                    YOSEPH T. DESTA
                                                    CHRISTOPHER R. HEALY
                                                    Trial Attorneys
                                                    U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, N.W.
                                                    Washington, D.C. 20005
                                                    Telephone: (202) 305-3080
                                                    Facsimile: (202) 616-8470
                                                    Email: Yoseph.T.Desta@usdoj.gov

                                                    *Counsel for Defendants*


                                                    */s/ Kelly B. McClanahan*
                                                    Kelly B. McClanahan, Esq.
                                                    D.C. Bar #984704
                                                    National Security Counselors
                                                    4702 Levada Terrace
                                                    Rockville, MD 20853
                                                    301-728-5908
                                                    240-681-2189 fax
                                                    Kel@NationalSecurityLaw.org

                                                    *Counsel for Plaintiff*