IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

The Parties respectfully provide this Joint Status Report in accordance with the Court's June 2, 2023 minute order. The Parties previously stated that Plaintiff had agreed to narrow certain portions of the still-outstanding DOJ-OLC search to reduce over-inclusiveness, and that DOJ-OLC had agreed to conduct a supplemental search of another portion of Plaintiff's requests in its discretion. *See* ECF No. 53. DOJ-OLC reported in the prior status report that it had issued a final response to Plaintiff on June 1, 2023, and that it had referred several pages to DOJ-OIP as part of its processing. *See* ECF No. 60. DOJ-OIP expects to be able to complete its processing and issue a response by August 11, 2023. The Parties respectfully request that the Court provide a further opportunity to provide a status report on August 25, 2023.

Dated: June 16, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
CHRISTOPHER R. HEALY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*