IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

  The Parties respectfully provide this Joint Status Report in accordance with the Court's August 25, 2023, minute order. The Parties previously stated DOJ-OIP expects to be able to complete its processing of pages referred to it by DOJ-OLC and issue a response by September 29, 2023. *See* ECF No. 62. DOJ-OIP has reviewed the records referred to it but is awaiting final clearance, including a necessary consultation response from the DOJ Civil Division, which it expects to receive by October 16, 2023. After it receives the consultation response, DOJ-OIP expects to be able to issue a final response to Plaintiff by November 3, 2023. The Civil Division also expects to be able to issue a final response, regarding documents also referred to it by DOJ-OLC, by November 3, 2023.

  The Parties respectfully request that the Court provide a further opportunity to provide a status report on November 17, 2023, regarding the need for any dispositive briefing once the processing of responsive records and any productions conclude.

2

Dated: October 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
CHRISTOPHER R. HEALY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*