IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE**, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's October 23, 2023, minute order. The Parties previously stated that DOJ-OIP and the Civil Division anticipated completing their processing of pages referred to them by DOJ-OLC and issuing their final responses to Plaintiff by November 3, 2023. Dkt. 63. DOJ-OIP issued its final response on October 25, 2023, and the Civil Division issued its final response on October 31, 2023. This completes Defendants' processing of the FOIA requests.

The Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before January 16, 2023.

Dated: November 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
CHRISTOPHER R. HEALY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*