IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE**, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's November 17, 2023, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, and that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing. Those discussions are still ongoing. Defendants have provided Plaintiff with some documentation that Plaintiff requested and anticipate providing the remaining documentation requested in the next week. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before February 21, 2024.

1

Dated: January 16, 2024                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Principal Deputy Assistant Attorney General

                                           ELIZABETH J. SHAPIRO
                                           Deputy Director
                                           Federal Programs Branch

                                           */s/ Yoseph T. Desta*
                                           YOSEPH T. DESTA
                                           CHRISTOPHER R. HEALY
                                           Trial Attorneys
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, D.C. 20005
                                           Telephone: (202) 305-3080
                                           Facsimile: (202) 616-8470
                                           Email: Yoseph.T.Desta@usdoj.gov

                                           *Counsel for Defendants*


                                           */s/ Kelly B. McClanahan*
                                           Kelly B. McClanahan, Esq.
                                           D.C. Bar #984704
                                           National Security Counselors
                                           4702 Levada Terrace
                                           Rockville, MD 20853
                                           301-728-5908
                                           240-681-2189 fax
                                           Kel@NationalSecurityLaw.org

                                           *Counsel for Plaintiff*