IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>          Plaintiff,<br>v.<br><br>**NATIONAL SECURITY RECORDS ACCESS AND INFORMATION MANAGEMENT DIVISION,** *et. al.*,<br><br>          Defendants. | Civil Action No. 1:20-cv-01732 (RC) |

## Notice of Withdrawal

The Clerk of the Court will please take notice that Christopher R. Healy will be withdrawing from the above-captioned matter as counsel for Defendants, as he has left employment with the Justice Department. Defendants' other counsel shall remain on the case.

Dated:  February 9, 2024                              Respectfully submitted,

<div style="margin-left: 3em;">

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendant*

</div>