IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE**, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's January 17, 2024, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, and that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing. Those discussions are still ongoing. Defendants have been providing Plaintiff with the documentation that Plaintiff requested over the past several weeks, with the most recent release scheduled for today, February 21. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before March 21, 2024.

Dated: February 21, 2024   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

<u>/s/ Yoseph T. Desta</u>
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


<u>/s/ Kelly B. McClanahan</u>
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2