IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's February 21, 2024, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing, and that Defendants have been providing Plaintiff with the documentation that Plaintiff requested. The Parties have removed numerous subjects from controversy and are nearing the end of their discussions, pending the resolution of a few matters that remain at issue. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before May 9, 2024.

Dated: March 21, 2024                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         ELIZABETH J. SHAPIRO
                                         Deputy Director
                                         Federal Programs Branch

                                         */s/ Yoseph T. Desta*
                                         YOSEPH T. DESTA
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, N.W.
                                         Washington, D.C. 20005
                                         Telephone: (202) 305-3080
                                         Facsimile: (202) 616-8470
                                         Email: Yoseph.T.Desta@usdoj.gov

                                         *Counsel for Defendants*


                                         */s/ Kelly B. McClanahan*
                                         Kelly B. McClanahan, Esq.
                                         D.C. Bar #984704
                                         National Security Counselors
                                         4702 Levada Terrace
                                         Rockville, MD 20853
                                         301-728-5908
                                         240-681-2189 fax
                                         Kel@NationalSecurityLaw.org

                                         *Counsel for Plaintiff*