IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1732 (RC) |
| | ) | |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's March 21, 2024, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing, and that the Parties have removed numerous subjects from controversy and are nearing the end of their discussions, pending the resolution of a few matters that remain at issue. The Parties are continuing to resolve the few matters that remain at issue. Defendants have been providing Plaintiff with additional information that Plaintiff requested regarding the supplemental search that DOJ-OLC performed. *See* ECF No. 53. Defendants are also working to provide Plaintiff with some additional documentation that Plaintiff requested and anticipate providing this documentation in the next month. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before June 27, 2024.

Dated: May 9, 2024                                  Respectfully submitted,

                                                BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2