IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's May 9, 2024, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing, and that the Parties have removed numerous subjects from controversy and are nearing the end of their discussions, pending the resolution of a few matters that remain at issue. Defendants are working to provide Plaintiff with a draft *Vaughn* index that Plaintiff requested and anticipate providing this draft in the next week. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before July 30, 2024.

Dated: June 27, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*