# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The Parties respectfully provide this Joint Status Report in accordance with the Court's June 27, 2024, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing, and that the Parties have removed numerous subjects from controversy and are nearing the end of their discussions, pending the resolution of a few matters that remain at issue. Defendants provided Plaintiff with a draft *Vaughn* for DOJ-OLC's withholdings, and the Parties anticipate that they should be able to resolve any dispute regarding these withholdings in the following two weeks. Accordingly, the Parties respectfully request that the Court provide a further opportunity to provide a status report on or before August 15, 2024.

Dated: July 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*