IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

The Parties respectfully provide this Joint Status Report in accordance with the Court's July 31, 2024, minute order. The Parties previously stated that Defendants had completed processing of the FOIA requests, that the Parties are in the midst of discussing the need for any dispositive briefing and potential alternatives to briefing, and that the Parties have removed numerous subjects from controversy and are nearing the end of their discussions, pending the resolution of a few matters that remain at issue. DOJ-OLC provided Plaintiff with a draft *Vaughn* for DOJ-OLC's withholdings and responded to Plaintiff's questions regarding the withholdings, and the Parties have now resolved any dispute regarding the agency's FOIA response. Plaintiff has informed Defendants that it intends to challenge certain DOJ-CIV withholdings under FOIA Exemption 5, but that it is otherwise satisfied with Defendants' FOIA responses. The Parties are negotiating a dispositive briefing schedule to propose to the Court regarding the DOJ-CIV Exemption 5 withholdings at issue. Accordingly, the Parties respectfully request that the Court

provide a further opportunity to provide a status report, including a proposed briefing schedule, on or before August 29, 2024.

Dated: August 15, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*