IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

The Parties respectfully provide this Joint Status Report in accordance with the Court's August 16, 2024, minute order. The Parties previously stated that they had completed their discussions regarding the need for any dispositive briefing and removed numerous subjects from controversy, and that they were negotiating a dispositive briefing schedule to propose to the Court regarding the sole remaining issue in dispute: certain DOJ-CIV withholdings under FOIA Exemption 5. The Parties propose the following briefing schedule and respectfully request that the Court enter it:

- October 11, 2024: DOJ-CIV's deadline to file a motion for summary judgment.

- November 22, 2024: Plaintiff's deadline to file its combined opposition to DOJ-CIV's motion for summary judgment and, if appropriate, any cross-motion for summary judgment.

- December 18, 2024: DOJ-CIV's deadline to file its combined reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment, should Plaintiff file such a motion.

- January 10, 2025: Plaintiff's deadline to file a reply in support of its cross-motion for summary judgment, should Plaintiff file such a motion.

The Parties respectfully submit that this proposed schedule provides them with sufficient time to prepare their briefs and efficiently tees up this case for resolution. The Parties have prepared a proposed order reflecting the schedule above.

Dated: August 29, 2024                                  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*


*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*