IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) | |
| Defendants. | ) | |

**[Proposed] Order Setting Dispositive Briefing Schedule**

Upon consideration of the Parties' August 29, 2024 Joint Status Report, it is hereby ordered that:

- Defendant Department of Justice's deadline to file a motion for summary judgment is October 11, 2024.

- Plaintiff's deadline to file its opposition to Defendant's motion for summary judgment and any incorporated cross-motion for summary judgment is November 22, 2024.

- Defendant's deadline to file a combined reply in support of its motion for summary judgment and opposition to any cross-motion for summary judgment, should Plaintiff file such a motion, is December 18, 2024.

- Plaintiff's deadline to file a reply in support of its cross-motion for summary judgment, should Plaintiff file such a motion, is January 10, 2025.

Date: _____                    _____
                                            Rudolph Contreras
                                            United States District Judge

**ATTORNEYS TO BE SERVED (LOCAL CIVIL RULE 7(K))**

Kelly B. McClanahan, Esq.
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: 301-728-5908
Facsimile: 240-681-2189 fax
Email: Kel@NationalSecurityLaw

*Counsel for Plaintiff*

Yoseph T. Desta
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*