IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

The Parties have resolved all remaining disputes in this case.[1] Accordingly, Plaintiff Legal Eagle, LLC respectfully stipulates to dismiss counts 5, 7, 9-11, 13, 17, and 19-21 of the Amended Complaint with prejudice.[2] The Federal Rules of Civil Procedure allow Plaintiff to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Below, all parties who have appeared in this action sign on to this stipulation of dismissal. For this reason, Plaintiff stipulates to dismiss counts 5, 7, 9-11, 13, 17, and 19-21 with prejudice, which postures this case for final judgment. Plaintiff

---

[1] In their most recent Joint Status Report (ECF No. 73), the Parties explained that the sole remaining issue in dispute was certain withholdings by the Department of Justice's Civil Division under FOIA Exemption 5. The Parties requested that the Court enter their proposed summary judgment briefing schedule, which the Court did in a minute order on August 29, 2024. The parties subsequently resolved their dispute regarding the Exemption 5 withholdings, leaving nothing more to adjudicate.

[2] The Court previously granted Defendants' partial motion to dismiss counts 1-4 and 15-16, and it previously granted their partial motion for summary judgment on counts 6, 8, 12, 14, and 18. *See* Mem. Op. 16, ECF No. 33.

intends to appeal the Court's decision to grant Defendants' partial motion to dismiss, dismissing counts 1–4, 15–16 and Defendant the National Security Council Records Access and Information Security Management, a subcomponent of the National Security Council.  *See* Order, ECF No. 32; Mem. Op. 11, ECF No. 33.

The Parties jointly request that any motion for costs and attorneys' fees be due on or before December 6, 2024, to allow the Parties to attempt to reach a negotiated settlement.

Dated: October 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*