**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Legal Eagle, LLC**

vs.   Civil Action No. **20-1732 (RC)**

Defendant: **NSC RAISMD**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this  4  day of  October  20 24 , that Legal Eagle, LLC hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this court entered on the  18  day of  March , 20 21 , in favor of Defendant NSC Records Access & Information Security Management Directorate against said Plaintiff

Kelly B. McClanahan
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)