IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEGAL EAGLE, LLC,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.*, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

      The Parties respectfully request an extension of time, from December 6, 2024, to January 17, 2025, for Plaintiff to file a motion for attorneys' fees and costs. Plaintiff has provided Defendants with a settlement proposal for fees and costs, and Defendants are in the midst of considering the proposal and their response. To provide the time necessary to coordinate a response between numerous agency defendants, and to provide the Parties with additional time to resolve any dispute without briefing, the Parties respectfully request that the Court extend the time for Plaintiff to file any motion for fees and costs to January 17, 2025.

1

Dated: December 2, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3080
Facsimile: (202) 616-8470
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*