IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LEGAL EAGLE, LLC,** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 20-1732 (RC) |
| **NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et al.***,** | ) ) ) ) ) ) |
| Defendants. | ) ) |

## **[Proposed] Order**

Upon consideration of the Parties' Joint Motion for Extension of Time, the motion is hereby GRANTED.

It is hereby ORDERED that any motion for costs and attorneys' fees shall be filed on or before January 17, 2025.


Date: _____                          _____
                                                  Rudolph Contreras
                                                  United States District Judge

**ATTORNEYS TO BE SERVED (LOCAL CIVIL RULE 7(K))**

| | |
|---|---|
| Kelly B. McClanahan, Esq.<br>National Security Counselors<br>4702 Levada Terrace<br>Rockville, MD 20853<br>Telephone: 301-728-5908<br>Facsimile: 240-681-2189 fax<br>Email: Kel@NationalSecurityLaw<br><br>*Counsel for Plaintiff* | Yoseph T. Desta<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 305-3080<br>Facsimile: (202) 616-8470<br>Email: Yoseph.T.Desta@usdoj.gov<br><br>*Counsel for Defendants* |