UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, *et al.*, | * * * * | Civil Action No. 1:20-cv-01732 (RC) |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S PARTIALLY CONSENT MOTION FOR
STATUS CONFERENCE AND TO STAY FEE DEADLINE**

NOW COMES Plaintiff to respectfully request a status conference regarding the scope of the forthcoming briefing of its fee petition and bill of costs, as well as a stay of such briefing until the Court resolves the issue. This filing is due today, 17 January 2025. Defendants oppose the motion for a status conference but consent to the requested stay.

Plaintiff has good cause to request this relief. As the parties previously advised the Court, Plaintiff submitted a settlement proposal to Defendants prior to the 2 December 2024 filing of a joint extension motion. However, in the middle of the parties' negotiations, Defendants' counsel advised the undersigned that Defendants would no longer negotiate unless Plaintiff disclaimed any right to additional costs and fees based on later success in the case, which is currently under appeal. Defendants' counsel advised that Defendants were taking this position due to a Department of Justice practice of refusing to negotiate interim fees. Defendants' invocation of this arbitrary practice abruptly halted potentially fruitful negotiations, and Plaintiff is confident that if negotiations were to continue, the Court would likely be spared the need for full briefing

over costs and fees. Accordingly, Plaintiff proposed to Defendants that the parties should limit their arguments at this point to the straightforward question of whether an interim award is appropriate for the unique circumstances of this case, in which the appeal is limited to a single question affecting a single Defendant and none of the Defendants against which Plaintiff has prevailed will be affected by the resolution of the appeal, regardless of who prevails.

Plaintiff maintains that if the Court determines that an interim award would be appropriate—presupposing that Plaintiff were able to demonstrate eligibility and entitlement—then the parties would be able to restart negotiations and potentially avoid further wasteful fee argumentation. However, Defendants oppose any discussion of the question of an interim award outside of full briefing of all aspects of a fee petition. Plaintiff accordingly asks the Court to schedule a status conference in which the parties can succinctly argue for their competing positions, rather than forcing the parties into otherwise unnecessary briefing over every aspect of a formal bill of costs and fee petition. This proposed resolution is in the interest of judicial economy due to the demonstrated potential for a negotiated settlement after a resolution of the interim award question in Plaintiff's favor.

As noted above, Defendants oppose the request for a status conference. However, Defendants consent to a stay of Plaintiff's deadlines for filing a bill of costs and fee petition until the Court has resolved this dispute. Plaintiff accordingly requests a stay until two weeks after the Court either: (a) denies Plaintiff's request for a status conference; (b) grants Plaintiff's request for a status conference and then denies Plaintiff's request for a decision regarding an interim award; or (c) issues a decision regarding an interim award.

Date:   January 17, 2025

                                              Respectfully submitted,

                                              /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            1451 Rockville Pike
                                            Suite 250
                                            Rockville, MD  20852
                                            501-301-4672
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Plaintiff*