**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, *et al.*, | *   Civil Action No. 1:20-cv-01732 (RC) |
| | * |
| Defendants. | * |

*  *  *  *  *  *  *  *  *  *  *  *  *

**PLAINTIFF'S UNOPPOSED MOTION TO STAY CASE**

In response to Plaintiff's motion for a status conference regarding the parties' dispute over attorneys' fees, the Court ordered Plaintiff on 23 January 2025 to brief its entitlement to interim attorneys' fees by today, 31 January. However, shortly before the close of business on 30 January, the D.C. Circuit granted the Government's motion for summary affirmance in the related appeal. Plaintiff will be seeking *en banc* review of that decision, but respectfully asks the Court to stay all future deadlines in this case (which are limited to fee issues) until the Circuit has adjudicated Plaintiff's *en banc* petition. Defendants do not oppose this relief.

Plaintiff has good cause to request this relief. If the Circuit denies Plaintiff's *en banc* petition, it would arguably render the current dispute over the appropriateness of interim fees moot. Given that *en banc* petitions tend to be adjudicated fairly quickly in this Circuit, waiting a few months to see what happens would not impose a significant burden on Plaintiff. It would therefore be in the interest of judicial economy to grant this Motion.

Date:   January 31, 2025

                                                                Respectfully submitted,

                                                                _/s/ Kelly B. McClanahan_
                                                                Kelly B. McClanahan, Esq.
                                                                D.C. Bar #984704
                                                                National Security Counselors
                                                                1451 Rockville Pike
                                                                Suite 250
                                                                Rockville, MD  20852
                                                                501-301-4672
                                                                240-681-2189 fax
                                                                Kel@NationalSecurityLaw.org

                                                                *Counsel for Plaintiff*