IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGAL EAGLE, LLC,**<br><br>         Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DIRECTORATE,** *et. al.*,<br><br>         Defendants. | Civil Action No. 1:20-cv-01732 (RC) |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

Please take notice of the substitution of counsel for Defendants. Alexander J. Yun, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of Defendants. He will replace Yoseph T. Desta, who has departed the Department of Justice and hereby withdraws as counsel for Defendants. All future orders, briefs, and correspondence should be directed to Alexander J. Yun.

Date: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (D.C. Bar No. 90082923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov
*Counsel for Defendants*